

**Superior Court of the District of Columbia**
CIVIL DIVISION – Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL DIVISION
SEP 03 2024
Superior Court of the District of Columbia

Case 2024 5594

## COMPLAINT
Jurisdiction of this Court is founded on D.C. Code § 11-921.

**PLAINTIFF:** Nakisha Massey
**Address:** 436 Ridge Road Apt.8
**City/State/Zip:** Greenbelt, Maryland 20770
**Telephone Number:** 2405937527
**Email Address (optional):** Nakisha.massey@yahoo.com

**VS**

**DEFENDANT:** ~~Patricka Lee~~ Wmata N.W.
**Address:** 300 7th Street S.W.
**City/State/Zip:** Washington, D.C. 20024
**Telephone Number:** 2029623780
**Email Address (optional):**

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

On 9/4/2021 around 9:30 p.m. I was arrested at Archives metro station by Wmata transit police officer C. Glazter and officer Coutros and I was taken to 1st district police ~~station~~ substation N.W. where I was shot three times in the back of ~~my~~ head with a gun it wasn't a real gun and I don't what kind of gun it was and ~~now I~~ because of it I have a fracture on my left orbital. And my cell phone was stolen.

2. What relief are you requesting from the Court? Include any request for money damages.

I want to sue them for personal injury, compensatory, punitive, statutory, medical bills, pain and suffering, harassment, defamation, Emotional distress and property losses.

Form CA-3074 [Rev. Nov. 2017]    1    Super. Ct. Civ. R. 3

Case 1:24-cv-02794-RBW    Document 1-3    Filed 10/02/24    Page 2 of 4

3. State any other information, of which the Court should be aware:

I want to know if you can suppeona the video from 1st district police substation NM because I NM don't know who shot me and thy was shooting each other in there that day.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_[signature]_
SIGNATURE

9/3/2024
DATE

Subscribed and sworn to before me this ___3RD___ day of Sept_____

_[signature]_ Y. H_____
(Notary Public/Deputy Clerk)

_[Superior Court District of Columbia seal]_

2

## ADDENDUM TO COMPLAINT

CASE NO. 2024 5594

### ADDITIONAL PARTY NAMES AND ADDRESSES

**Christopher Glarter**
☐ PLAINTIF  ☐ DEFENDANT

500 E. Street SE.
Address (No Post Office Boxes)

Washington, DC. 20003
City / State / Zip

2405937527
Telephone Number

_____
Email Address (Optional)

**Christopher Glarter**
☐ PLAINTIFF  ☐ DEFENDANT

300 7th Street S.W.
Address (No Post Office Boxes)

Washington, D.C. 2024
City / State / Zip

_____
Telephone Number

_____
Email Address (Optional)

☐ PLAINTIF  ☐ DEFENDANT

_____
Address (No Post Office Boxes)

_____
City / State / Zip

_____
Telephone Number

_____
Email Address (Optional)

☐ PLAINTIFF  ☐ DEFENDANT

_____
Address (No Post Office Boxes)

_____
City / State / Zip

_____
Telephone Number

_____
Email Address (Optional)

# ADDENDUM TO COMPLAINT

CASE NO. _____

## ADDITIONAL PARTY NAMES AND ADDRESSES

☐ PLAINTIF   ☐ DEFENDANT

Address (No Post Office Boxes)

City   State   Zip

Telephone Number

Email Address (Optional)

☐ PLAINTIFF   ☐ DEFENDANT

Address (No Post Office Boxes)

City   State   Zip

Telephone Number

Email Address (Optional)

☐ PLAINTIF   ☐ DEFENDANT

Address (No Post Office Boxes)

City   State   Zip

Telephone Number

Email Address (Optional)

☐ PLAINTIFF   ☐ DEFENDANT

Address (No Post Office Boxes)

City   State   Zip

Telephone Number

Email Address (Optional)