# Superior Court of the District of Columbia

### CIVIL DIVISION - CIVIL ACTIONS BRANCH

### INFORMATION SHEET

Nakisha Massey
*Plaintiff(s)*

Case Number: 2024 5594

vs

Date: _____

Wmata
*Defendant(s)*

☐ One of the defendants is being sued in their official capacity.

Name (Please Print): Nakisha Massey

Firm Name:

Telephone No.: 2405937527    DC Bar No.: 2405937527

**Relationship to Lawsuit**

☐ Attorney for Plaintiff
☐ Self (Pro Se)
☐ Other: _____

TYPE OF CASE: ☐ Non-Jury    ☐ 6 Person Jury    ☐ 12 Person Jury

Demand: $ 100,000.00    Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: _____ Judge: _____ Calendar #: _____

Case No.: _____ Judge: _____ Calendar #: _____

---

**NATURE OF SUIT:**    *(Check One Box Only)*

**CONTRACT**
☐ Breach of Contract
☐ Breach of Warranty
☐ Condo/Homeowner Assn. Fees
☐ Contract Enforcement
☐ Negotiable Instrument

**COLLECTION/INS. SUB**
☐ Debt Collection
☐ Insurance Subrogation
☐ Motion/Application for Judgment by Confession
☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
☐ Breach of Contract
☐ Discrimination
☐ Wage Claim
☐ Whistle Blower
☐ Wrongful Termination

**REAL PROPERTY**
☐ Condo/Homeowner Assn. Foreclosure
☐ Declaratory Judgment
☐ Drug Related Nuisance Abatement
☐ Ejectment
☐ Eminent Domain
☐ Interpleader
☐ Other
☐ Quiet Title
☐ Specific Performance

☐ **FRIENDLY SUIT**
☐ **HOUSING CODE REGULATIONS**
☐ **QUI TAM**
☐ **STRUCTURED SETTLEMENTS**

**ADMINISTRATIVE PROCEEDINGS**
☐ Administrative Search Warrant
☐ App. for Entry of Jgt. Defaulted Compensation Benefits
☐ Enter Administrative Order as Judgment
☐ Libel of Information
☐ Master Meter
☐ Petition Other

☐ Release Mechanics Lien
☐ Request for Subpoena

**MALPRACTICE**
☐ Medical - Other
☐ Wrongful Death

**AGENCY APPEAL**
☐ Dangerous Animal Determination
☐ DCPS Residency Appeal
☐ Merit Personnel Act (OEA)
☐ Merit Personnel Act (OHR)
☐ Other Agency Appeal

☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT**

CV-496/February 2023

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- [ ] Currency
- [ ] Other
- [ ] Real Property
- [ ] Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- [ ] Birth Certificate Amendment
- [ ] Death Certificate Amendment
- [ ] Gender Amendment
- [ ] Name Change

**TORT**
- [ ] Abuse of Process
- [ ] Assault/Battery
- [ ] Conversion
- [ ] False Arrest/Malicious Prosecution
- [ ] Libel/Slander/Defamation
- [x] Personal Injury
- [ ] Toxic Mass
- [ ] Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- [ ] Accounting
- [ ] Deceit (Misrepresentation)
- [ ] Fraud
- [ ] Invasion of Privacy
- [ ] Lead Paint
- [ ] Legal Malpractice
- [ ] Motion/Application Regarding Arbitration Award
- [ ] Other - General Civil

- [ ] Product Liability
- [ ] Request for Liquidation
- [ ] Writ of Replevin
- [ ] Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- [ ] Asbestos

**MORTGAGE FORECLOSURE**
- [ ] Non-Residential
- [ ] Residential

**STATUTORY CLAIM**
- [ ] Anti – SLAPP
- [ ] Consumer Protection Act
- [ ] Exploitation of Vulnerable Adult
- [ ] Freedom of Information Act (FOIA)
- [ ] Other

**TAX SALE FORECLOSURE**
- [ ] Tax Sale Annual
- [ ] Tax Sale Bid Off

**VEHICLE**
- [ ] Personal Injury
- [ ] Property Damage

- [ ] **TRAFFIC ADJUDICATION APPEAL**
- [ ] **REQUEST FOR FOREIGN JUDGMENT**

_____
Filer Attorney's Signature

9/3/2024
Date

CV-496 February 2023

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION
### UNITED STATES
### VS
### MASSEY, NAKISHA FAYE
CCN#: 21126350
Arrest Number: 512115217

The event occurred on 09/04/2021 at approximately 22:42 at 701 PENNSYLVANIA AVENUE NW, WASHINGTON, DC 20004.

On September 4, 2021, at approximately 2130 hours, MTPD Officer Glatzer (750) was on the platform of the L'Enfant Plaza Metro Station performing a routine area check of that station. At 2134 hours, MTPD Communications dispatched a priority call for service at the Archives Navy Memorial Station for an assault that had just occurred. While Officer Glatzer was heading from the platform to his vehicle he was flagged down by a family who reported witnessing an assault at the Archives Station moments ago. They informed Officer Glatzer that they witnessed a heavy set black female push another woman onto the track bed. They also stated that they felt the assailant was still at the station as she had been lingering there after pushing the victim onto the track bed.

Officer Glatzer arrived at scene on the Archives Station and was walking down the escalator when he observed a heavy set black female wearing a blue shirt and black shorts utilizing the up escalator to exit the station. MTPD Officer Coutros (824), who had arrived on scene before Officer Glatzer, ran up from the platform and told Officer Glatzer that the woman exiting the station was the suspect. Officer Glatzer communicated this information to the other officers on scene and began to follow the suspect. The suspect, after seeing Officer Glatzer board the escalator behind her, spontaneously stated, "The bitch was asking to get pushed on the tracks!" Once all parties had disembarked from the escalator, for safety reasons, the suspect, N. F. Massey (identified via Maryland ID), was detained without incident.

Officer Glatzer then went to the station platform and met with the victim, S. F. Gebrekirstos, who reported that she walking nearest the Greenbelt Station side of the platform. Ms. Geberkirstos walked past Ms. Massey on the platform but did not make contact with her nor did the two exchange any words. Ms. Massey turned around and walked back towards Ms. Geberkirstos, smacked her brown paper shopping bag, and pushed her with both hands. The force of Ms. Massey's push combined with Ms. Geberkirstos proximity to the edge of the platform caused her to fall down onto the track bed. The two witnesses, the same who would later flag down Officer Glatzer, helped Ms. Geberkirstos back on to the platform. Ms. Massey kept approaching Ms. Geberkirstos and giving her "the death stare."

A show up was conducted with Ms. Geberkirstos, who positively identified Ms. Massey, at 2215 hours, as the individual who had assaulted her. She was able to recognize Ms. Massey due to wearing the same blue Nike shirt, having the same outfit, and the same face. Ms. Massey was placed under arrest and transported to MPD First District for processing.

The event and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this 09/05/2021

**GLATZER, CHRISTOPHER (09/05/2021) E-SIGNATURE**      **GROTH, BRETT (09/05/2021) E-SIGNATURE**

Police Officer                                                    Unit Witness / Deputy Clerk

## GLATZER, CHRISTOPHER /                                          GROTH, BRETT

Printed Name of Member /                        Printed Name of Witness / Deputy Clerk/

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code 22-2405          Pg 2 of 2



Cecil George
7500 GREENWAY CENTER DRIVE
SUITE 1200
GREENBELT MD 20770

**Luminis Health Imaging**
8116 GOOD LUCK ROAD, SUITE 101, LANHAM, MD 20706 ~ 301-459-7990
1100 MERCANTILE LANE, SUITE 150, LARGO, MD 20774 ~ 301-249-0022

Patient Name: Massey, Nakisha                    Page 1 of 2
MRN: 900588619
DOB: 3/26/1977

Exam Date & Time:    Fri Mar 3, 2023  5:18 PM
Accession #:         008554464

CT BRAIN WITHOUT CONTRAST

HISTORY: Headache, status post trauma.

TECHNIQUE: Helical acquisition was performed with 5 mm collimation from the skull base to the vertex without the use of contrast.  Reconstructed sagittal and coronal images were also acquired. Images were acquired in bone and soft tissue windows.

COMPARISON: No prior brain CT.

FINDINGS: There are no intra- or extra-axial collections. The gray/white matter differentiation is preserved. There is no mass effect or midline shift. Ventricles and sulci are of normal size and configuration.

The calvarium is intact. There is an old fracture of the medial wall of the left orbit. The paranasal sinuses are clear.

IMPRESSION

1. No acute intracranial process.
2. Old fracture of the medial wall of the left orbit.

This CT examination was performed using one or more of the following dose reduction techniques: automated exposure control, adjustment of the mA and/or kV according to the patient's size, and use of iterative reconstruction technique.

Computerized Tomography, DEXA, Ultrasound, X-Ray, MRI, Mammography, PET

Luminis Health - RF1 3/6/2023 8:17:54 AM  PAGE  2/002  Fax Server



Cecil George
7500 GREENWAY CENTER DRIVE
SUITE 1200
GREENBELT MD 20770

**Luminis Health Imaging**
8116 GOOD LUCK ROAD, SUITE 101, LANHAM, MD 20706 ~ 301-459-7990
1100 MERCANTILE LANE, SUITE 150, LARGO, MD 20774 ~ 301-249-0022

Patient Name: **Massey, Nakisha**                                    Page 2 of 2
MRN: 900588619
DOB: 3/25/1977

This exam was reviewed with Eric Yun, M.D.

Signed By: Benjamin Stallings, MD on 3/4/2023 10:09 PM

Computerized Tomography, DEXA, Ultrasound, X-
Ray, MRI, Mammography, PET

# AFTER VISIT SUMMARY


58043

**Nakisha Massey**  MRN: 900588619          📅 7/29/2023  ♀ DCMC EMERGENCY DEPARTMENT 301-552-8665

## Instructions

Follow up with (your primary care doctor or the doctor listed below) in 2-3 days. Failure to follow up with your doctor could be detrimental to your health. Take all medications as prescribed. Return to the emergency department for any new, worsening, or unresolved symptoms. We reviewed all test results with you and have provided you with a copy of your results. Please take all results to your next appointment to have them reviewed by your doctor. If you do not have a physician to follow up with, please indicate this BEFORE you leave, as we will provide you with a referral. Patient is amenable to discharge home. The plan for discharge with outpatient follow up was discussed and shared decision was made. Discharge instructions and return precautions were provided to patient. All questions answered and patient/family verbalized understanding.



### Your medications have changed

◆ CHANGE how you take:
**acetaminophen** (TYLENOL)

Review your updated medication list below.



### Pick up these medications at GIANT PHARMACY #315 - Lanham, MD - 7546 Annapolis Road

acetaminophen

Address:        7546 Annapolis Road, Lanham MD 20784
Phone:         301-577-6128



### Follow up with Vicken Poochikian, MD in 2 days (around 7/31/2023)

Specialty: Internal Medicine
Contact: 5632 ANNAPOLIS ROAD
          SUITE 3
          Bladensburg MD 20710
          301-779-7607

## Today's Visit

You were seen by Sharugash Kiruba, PA-C

**Reason for Visit**
Headache

**Diagnoses**
- Nonintractable headache, unspecified chronicity pattern, unspecified headache type
- Encounter for medical screening examination
- History of head injury
- Left before treatment completed

## Today's Visit (continued)

---

### ✎ Lab Tests Completed

CBC and differential
Comprehensive metabolic panel

---

### ⚗ Medications Given

diphenhydrAMINE (BENADRYL) Last given at 4:56 PM
ketorolac (TORADOL) Last given at 5:52 PM
metoclopramide (REGLAN) Last given at 5:53 PM
sodium chloride 0.9 % bolus Last given at 5:52 PM

---

 Blood Pressure
117/77

 Temperature (Oral)
98 °F

Pulse
72

 Respiration
16

 Oxygen Saturation
97%

## What's Next

You currently have no upcoming appointments scheduled.

## Hospital Information

Luminis Health Doctors Community Medical Center | 8118 Good Luck Rd, Lanham, Md. 20706 | Phone: 301-552-8118

Please share your feedback:
At Doctors Community Medical Center, our goal is to improve the care and services we deliver to you, our valued patient. You might receive a survey (mail or email) from Press Ganey, our patient experience partner.  We invite you to please share your feedback so that Doctors Community Medical Center can continue improving the quality of services and recognize staff who deliver excellent care.  Thank you.

## You are allergic to the following

No active allergies

## Immunizations Administered on Date of Encounter - 7/29/2023

No immunizations on file.

## Lab and Imaging Results During Your Visit

**No orders to display**

Labs Reviewed
**CBC AND DIFFERENTIAL - Abnormal; Notable for the**
**following components:**

| Result | Value |
|--------|-------|
| RBC | 3.84 (*) |

Lab and Imaging Results During Your Visit (continued)

All other components within normal limits
**COMPREHENSIVE METABOLIC PANEL - Normal**

# Changes to Your Medication List

## CHANGE how you take these medications



**\* acetaminophen** 500 MG tablet
Commonly known as: TYLENOL

Take 2 Tablets (1,000 mg total) by mouth every 6 Hours as needed for Pain
What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.**



**\* acetaminophen** 500 MG tablet
Commonly known as: TYLENOL

Take 2 Tablets (1,000 mg total) by mouth every 6 Hours as needed
What changed: **You were already taking a medication with the same name, and this prescription was added. Make sure you understand how and when to take each.**

⊕ **\* This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

## MyChart

View your After Visit Summary and more online at **https://mychart.aahs.org/MychartAccess/**.

**Luminis** Health.

8118 Good Luck Road
Lanham, Md. 20706
443-481-1000 | luminishealth.org

## ED General Discharge Instructions

### GENERAL EMEGENCY DEPARTMENT DISCHARGE INSTRUCTIONS:

EXAM: The exam and treatment you received in the Emergency Department were for an urgent problem and are not intended as complete care.
Follow up care is usually required after a visit to the Emergency Department, and IT IS IMPORTANT THAT YOU FOLLOW UP WITH A DOCTOR, NURSE PRACTITIONER or PHYSICIAN ASSISSTANT FOR ONGOING CARE in 2-3 DAYS.
Failure to follow up with your doctor or practitioner could be detrimental to your health. If you do not have a physician to follow up with, please indicate this BEFORE you leave, as we will provide you with a referral. It is YOUR RESPONSIBILITY TO CALL THE REFERRAL PHONE NUMBER(s) LISTED UNDER FOLLOW-UP on the After Visit Summary Information sheet of this printed discharge packet for a follow up appointment, and/or your primary care physician.

TEST RESULTS: Your test results have been reviewed with you and you have been provided a copy of these results. It is important that you take all of your test results, imaging reports and discharge information to your next appointment to have them reviewed by your provider. It is common to detect incidental findings that need further follow up outside of the emergency room.

YOUR DIAGNOSIS: Your diagnosis today is a provisional one based on information available to the Emergency Physician. The diagnosis may change as more information becomes available to your private physician. If you develop any new, worsening, or concerning symptoms of illness, or you do not improve as expected, and, you are unable to follow up with a private physician, please return here or to the nearest Emergency Department for further care. We are available 24 hours a day.

MEDICATIONS: Please take all medications as prescribed. Medicines given in the ED may cause drowsiness/impairment so please do not drive or operate heavy machinery for 6 hours after you were discharged from the ED.
   *** Prescription Narcotics and Anti-histamines: Your medications may cause you to become drowsy. Do not drive or operate heavy machinery while taking any of these medications.***

X-RAYS: If you had XRAYS today, they may have been read by your emergency physician. If so, they will be read again later by a radiologist (a specialist in reading x-rays). Other studies may be read by an off-site radiologist and will also be re-read. If the radiologist sees anything of significance that the emergency room physician or off-site radiologist did not see, you will receive a call back informing you of the difference and letting you know if there is anything else that you need to do.

EKG: If you had an EKG today, the emergency physician provided an on-the-spot interpretation of your EKG. A specialist will do a final interpretation.
If a change in your diagnosis or treatment is needed, we will contact you.

CULTURES AND LAB TESTS: If you had cultures or other lab tests that have delayed results collected during your stay today in the Emergency Center, you will receive written notification in the mail if your test requires a change in treatment.

**WHAT TO DO:**
Follow the instructions on the additional sheets you were given:
Take all medication as directed.
Follow up with your physician in 2-3 days
Take this sheet, your discharge instructions, and all results with you when you go to your follow up visit. Have all of your current and new medications  reviewed by your doctor as well.
Please review your home medications, medications given in the Emergency Department, and prescriptions on the medication reconciliation record given with these discharge instructions.

***If side effects develop, such as a rash, difficulty breathing, or a severe stomach upset, STOP the medication and call your doctor or the Emergency Department at 301-552-8665.***

**It is critical that we have a current phone number and accurate address for you. Please be sure that the address you gave us is correct.**

*If you have any questions or concerns regarding your medical care please contact the Emergency Department at 301-552-8665.*

 If you have a problem getting an appointment with the follow up physician we have referred you to, please contact our Transitional Care team at 301-552-8077, Monday - Friday from 8am to 4:30pm.

Stroke as an Emergency
Every minute counts

ACT F.A.S.T.
Face Facial droop or uneven Smile
Arm numbness or Arm weakness
Speech Slurred speech difficulty speaking or understanding
Time Call 911 and get to the hospital immediately
Have the ambulance go to the nearest certified Stroke Center
© 2009 Genentech USA, Inc. 8796501 LB2385

Stroke Risk Factors This information is from:
High blood pressure American Stroke Association (ASA)
High cholesterol www.strokeassociation.org
Heart disease 1-888-4-STROKE
Diabetes
Smoking National Stroke Association
Heavy alcohol use www.stroke.org
Physical inactivity and obesity 1-800-STROKES
Atrial fibrillation
Family history of stroke
© 2007 Genentech USA, Inc. 8796500 LB2385

HOW TO OBTAIN A COPY OF YOUR MEDICAL RECORD (M-F 8A-4P)?
When requesting copies of medical records and/or films, please allow 30 days for processing unless the record is REQUIRED sooner for treatment.

If after you leave, you need copies of your records and/or imaging studies, please contact DCH Health Information Services (Medical Records) at 301-552-8073.

A written DCH Authorization form will need to be completed by the patient.
Authorization forms are available at:



# Superior Court of the District of Columbia
## CIVIL DIVISION

**Check One:**

| ☐ **Civil Actions Branch** | ☐ **Landlord & Tenant Branch** | ☐ **Small Claims & Conciliation Branch** |
|---|---|---|
| 500 Indiana Ave., N.W. | 510 4ᵗʰ Street, N.W. | 510 4ᵗʰ Street, N.W. |
| Room 5000 | Room 110 | Room 119 |
| Washington, D.C. 20001 | Washington, D.C. 20001 | Washington, D.C. 20001 |
| Telephone: (202) 879-1133 | Telephone: (202) 879-4879 | Telephone: (202) 879-1120 |

_____

Plaintiff

      v.

CASE NUMBER: 2024 5594

_____

Defendant

## ANSWER OF DEFENDANT

The defendant answers the claim(s) of plaintiff(s) as follows:

_____

_____

_____

_____

_____

## SIGNATURE AND ADDRESS OF PARTY/ATTORNEY

_____      _____
Signature                                    Date

_____      _____
Printed Name and Bar Number (if applicable)    Street Address

_____      _____
Email Address and Phone Number         City, State, Zip

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (date), that a copy of this Answer was sent in the manner indicated to the party/parties in this case or their attorney(s) as listed below:

☐ E-served on or ☐ Mailed to (check one)

_____      _____
Name                                       Name

_____      _____
Street Address                            Street Address

_____      _____
City, State, Zip                        City, State, Zip

_____      _____
Email Address and Phone Number       Email Address and Phone Number



**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**202-879-1133 | www.dccourts.gov**

**Case Number:** 2024-CAB-005594

**Case Style:** Nakisha Massey v. Washington Metropolitan Area Transit Authority et al.

### INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 12/20/2024 | 9:30 AM | Remote Courtroom 131 |
| **Please see attached instructions for remote participation.** | | |
| Your case is assigned to Associate Judge Neal E Kravitz. | | |

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4) At the time stated above, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Anita M. Josey-Herring

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

Link: dccourts.webex.com/meet/ctb131

Meeting ID: 2336 589 2483

2) When you are ready, click "Join Meeting".
3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
2) Enter the Webex Meeting ID listed above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## ACCESSIBILITY AND LANGUAGE ACCESS

### Persons with Disabilities:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

### Interpreting and Translation Services:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

### Servicios de interpretación y traducción:

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

### የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባሉ። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዘገብዎ የተዘረዘረውን የጽህፈት ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

### How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.



### How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

 202-879-1133

### Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

  Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.

- You can also find the list of legal services providers at www.dccourts.gov/services/represent-yourself by clicking on the link that says, "List of Legal Service Providers for Those Seeking an Attorney or Legal Advice".

- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.

- Witnesses: tell the judge if you want a witness to testify at your hearing.

- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

### Tips for the Hearing



- Join the hearing a few minutes early!

- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.

- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.

- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).

- Speak slowly and clearly so everyone hears what you are saying.

- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.

- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.

- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.

- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.

- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

### Special Tips for Video Hearings
### (Click here for more information)



- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.

- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.

- Look at the camera when you speak and avoid moving around on the video.

- Wear what you would normally wear to court.

- Sit in a well-lit room with no bright lights behind you.

- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.




# District of Columbia Courts

# Tips for Using DC Courts Remote

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings.  The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

### The remote site locations are:



**Remote Site - 1**
Balance and Restorative Justice Center
1215 South Capitol Street, S
Washington, DC 20003

**Remote Site - 2**
Balance and Restorative Jus
Center
1110 V Street, SE
Washington, DC 20020

**Remote Site - 3**
Balance and Restorative Jus
Center
118 Q Street, NE
Washington, DC 20002

**Remote Site - 4**
Balance and Restorative Justice Center
hode Island Avenue, NE
ngton, DC 20018

**Remote Site - 5**
es Center
14th Street, NW, 2nd Floor
nunity Room
iington, DC 20009

**Remote Site - 6**
es Center
2000 14th Street, NW, Suite 300N
Office of the Tenant Advocate
Washington, DC 20009
*** No walk-ins at this location***

If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station**.  If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements**.

**\*You should bring the following items when you come to your scheduled site location\***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

**\*Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call: **202-879-1900**
Email: DCCourtsRemoteSites@dcsc.gov



# Tribunales del Distrito de Columbia

## Consejos para usar los sitios de audiencia remota de los Tribunales de DC



Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de l**unes a viernes, de 8:30 am a 4:00 pm**.

### Los centros de acceso remoto son:



**Sitio Remoto - 1**
Balance and Restorative Justice Center
1215 South Capitol Street, SW
Washington, DC 20003

**Sitio Remoto - 2**
Balance and Restorative Justice Center
1110 V Street, SE
Washington, DC 20020

**Sitio Remoto - 3**
Balance and Restorative Justice Center
118 Q Street, NE
Washington, DC 20002

**Sitio Remoto - 4**
Balance and Restorative Justice Center
920 Rhode Island Avenue, NE
Washington, DC 20018

**Sitio Remoto - 5**
Reeves Center
2000 14th Street, NW, 2nd Floor
Community Room
Washington, DC 20009

**Sitio Remoto - 6**
Reeves Center
2000 14th Street, NW, Suite 300N
Office of the Tenant Advocate
Washington, DC 20009
*No se puede entrar sin cita previa*

Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.** Si necesita adaptaciones especiales, como un intérprete para la audiencia, llame **al 202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.**

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.
2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.
3. Materiales para tomar nota, como papel y lápiz.

**\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.**

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL DIVISION
SEP 03 2024
Superior Court of the
District of Columbia

Case 2024 5594

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

Nakisha Massey
PLAINTIFF                                    vs    Patricia Lee, Wmata NM.
DEFENDANT

436 Ridge Road Apt.8
Address (No Post Office Boxes)                     300 7th Street S.W.
Address (No Post Office Boxes)

Greenbelt, Maryland 20770
City        State        Zip Code               Washington, D.C. 20024
City        State        Zip Code

2405937527
Telephone Number                                  2029623780
Telephone Number

NaKisha.massey@yahoo.com
Email Address (optional)                          Email Address (optional)

1.  Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

On 9/4/2021 around 9:30p.m. I was arrested at
Archives metro station by Wmata transit police officer
C. Glazter and officer Coutros and I was taken to 1st district
police substation NM. where I was shot three times in the back of
my head with a gun it wasn't a real gun and f don't what
Kind of gun it was and now I because of it I have a
fracture on my left orbital. And my cell phone was stolen.

2.  What relief are you requesting from the Court? Include any request for money damages.

I want to sue them for personal injury, compensatory,
punitive, statutory, medical bills, pain and suffering,
harassment, defamation, Emotional distress and property
losses.

Form CA-3074 [Rev. Nov. 2017]                    1                    Super. Ct. Civ. R. 3

3.  State any other information, of which the Court should be aware:

I want to know it you can suppeona the video from 1st district police station because I wm don't know who shot me and thy was shooting eachother in there that day.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

SIGNATURE

DATE 9/3/2024

Subscribed and sworn to before me this _____ 3RD _____ day of Sept

Y. Hum

(Notary

2

## ADDENDUM TO COMPLAINT

CASE NO 2 0 2 4   5 5 9 4

### ADDITIONAL PARTY NAMES AND ADDRESSES

Christopher Glarter
☐ PLAINTIF          ☐ DEFENDANT

500 E. Street SE.
Address (No Post Office Boxes)

Washington, DC. 20003
City          State          Zip

2405937527
Telephone Number

_____
Email Address (Optional)


Christopher Glarter
☐ PLAINTIFF          ☐ DEFENDANT

300 7th Street S.W.
Address (No Post Office Boxes)

Washington, D.C. 2004
City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)


☐ PLAINTIF          ☐ DEFENDANT

_____
Address (No Post Office Boxes)

_____
City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)


☐ PLAINTIFF          ☐ DEFENDANT

_____
Address (No Post Office Boxes)

_____
City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)

## ADDENDUM TO COMPLAINT

CASE NO. _____

### ADDITIONAL PARTY NAMES AND ADDRESSES

☐ PLAINTIF          ☐ DEFENDANT

_____
Address (No Post Office Boxes)

_____
City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)


☐ PLAINTIFF          ☐ DEFENDANT

_____
Address (No Post Office Boxes)

_____
City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)


☐ PLAINTIF          ☐ DEFENDANT

_____
Address (No Post Office Boxes)

_____
City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)


☐ PLAINTIFF          ☐ DEFENDANT

_____
Address (No Post Office Boxes)

_____
City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Nakisha Massey
_____
Plaintiff

vs.

Patricia Lee Wmata
_____
Nm.
Defendant

2024 5594

Case Number _____

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Nakisha Massey
_____
Name of Plaintiff's Attorney

436 Ridge Road Apt 8
_____
Address

Oxenheth Maryley 20770

2402937527
_____
Telephone

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction

번역을 원하시면, (202) 879-4828로 전화주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

*Clerk of the Court*

By _____
Deputy Clerk

Date _____

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

_____
                          Demandante

            contra

                                              Número de Caso: _____

_____
                          Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____          *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

                                              Por: _____
_____
Dirección                                                       Subsecretario

_____
                                              Fecha _____
Teléfono
如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202) 879-4828 로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                              Super. Ct. Civ. R. 4



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Nakisha Massey
_____
Plaintiff

vs.

Christopher Glazter
_____
Defendant

Case Number **2 0 2 4   5 5 9 4**

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Nakisha Massey
_____
Name of Plaintiff's Attorney

436 Ridge Road Apt. 8
_____
Address

Greenbelt Maryland 20770

2405937527
_____
Telephone

*Clerk of the Court*

By _____

Date _____

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction

번역을 원하시면, (202) 879-4828로 전화주십시요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828    ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                    Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le requiere entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le requiere presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

Por: _____

_____
Dirección                                              Subsecretario

_____

_____                Fecha _____
Teléfono

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Dể có một bài dịch, hãy gọi (202) 879-4828

빈역을 원하시면 (202) 879-4828 로전화해주십시오       የአማርኛ ትርታም ለማግኘት (202) 879-4828 ይደውሱ

**IMPORTANTE:** SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                    Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Nakisha Massey
_____
                    Plaintiff
vs.

Christopher Glazter
_____
                    Defendant

Case Number  2024  5594

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Nakisha Massey
_____
Name of Plaintiff's Attorney

436 Ridge Road Apt.8
_____
Address

Greanbelt Mazland 20770

2405937827
_____
Telephone

如需翻译, 请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction
번역을 원하시면, (202)879-4828로 전화주십시요        (202) 879-4828

Clerk of the Court

By _____

Date  9/3

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

INFORMATION SHEET

Narisha Massey
_Plaintiff(s)_

vs

Wmata
_Defendant(s)_

Case Number: 2024 5594

Date: _____

☐ One of the defendants is being sued in their official capacity

| Name (Please Print) | Relationship to Lawsuit |
|---|---|
| Narisha Massey | ☐ Attorney for Plaintiff |
| Firm Name: 2405937527 | ☐ Self (Pro Se) |
| Telephone No.: 2405937527     DC Bar No.: | ☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury ☐ 6 Person Jury ☐ 12 Person Jury

Demand: $ 100,000.00     Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: _____ Judge: _____ Calendar #: _____

Case No.: _____ Judge: _____ Calendar #: _____

---

NATURE OF SUIT:     (Check One Box Only)

**CONTRACT**
- ☐ Breach of Contract
- ☐ Breach of Warranty
- ☐ Condo/Homeowner Assn Fees
- ☐ Contract Enforcement
- ☐ Negotiable Instrument

**COLLECTION/INS. SUB**
- ☐ Debt Collection
- ☐ Insurance Subrogation
- ☐ Motion/Application for Judgment by Confession
- ☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
- ☐ Breach of Contract
- ☐ Discrimination
- ☐ Wage Claim
- ☐ Whistle Blower
- ☑ Wrongful Termination

**REAL PROPERTY**
- ☐ Condo/Homeowner Assn Foreclosure
- ☐ Declaratory Judgment
- ☐ Drug Related Nuisance Abatement
- ☐ Ejectment
- ☐ Eminent Domain
- ☐ Interpleader
- ☐ Other
- ☐ Quiet Title
- ☐ Specific Performance

- ☐ FRIENDLY SUIT
- ☐ HOUSING CODE REGULATIONS
- ☐ QUI TAM
- ☐ STRUCTURED SETTLEMENTS

**ADMINISTRATIVE PROCEEDINGS**
- ☐ Administrative Search Warrant
- ☐ App. for Entry of Jgt. Defaulted Compensation Benefits
- ☐ Enter Administrative Order as Judgment
- ☐ Libel of Information
- ☐ Master Meter
- ☐ Petition Other

- ☐ Release Mechanics Lien
- ☐ Request for Subpoena

**MALPRACTICE**
- ☐ Medical - Other
- ☐ Wrongful Death

**AGENCY APPEAL**
- ☐ Dangerous Animal Determination
- ☐ DCPS Residency Appeal
- ☐ Merit Personnel Act (OEA)
- ☐ Merit Personnel Act (OHR)
- ☐ Other Agency Appeal

- ☐ APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT

CV-496 February 2023

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- ☐ Currency
- ☐ Other
- ☐ Real Property
- ☐ Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- ☐ Birth Certificate Amendment
- ☐ Death Certificate Amendment
- ☐ Gender Amendment
- ☐ Name Change

**TORT**
- ☐ Abuse of Process
- ☐ Assault/Battery
- ☐ Conversion
- ☐ False Arrest/Malicious Prosecution
- ☐ Libel/Slander/Defamation
- ☑ Personal Injury
- ☐ Toxic Mass
- ☐ Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- ☐ Accounting
- ☐ Deceit (Misrepresentation)
- ☐ Fraud
- ☐ Invasion of Privacy
- ☐ Lead Paint
- ☐ Legal Malpractice
- ☐ Motion/Application Regarding Arbitration Award
- ☐ Other - General Civil

- ☐ Product Liability
- ☐ Request for Liquidation
- ☐ Writ of Replevin
- ☐ Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- ☐ Asbestos

**MORTGAGE FORECLOSURE**
- ☐ Non-Residential
- ☐ Residential

**STATUTORY CLAIM**
- ☐ Anti - SLAPP
- ☐ Consumer Protection Act
- ☐ Exploitation of Vulnerable Adult
- ☐ Freedom of Information Act (FOIA)
- ☐ Other

**TAX SALE FORECLOSURE**
- ☐ Tax Sale Annual
- ☐ Tax Sale Bid Off

**VEHICLE**
- ☐ Personal Injury
- ☐ Property Damage

☐ **TRAFFIC ADJUDICATION APPEAL**

☐ **REQUEST FOR FOREIGN JUDGMENT**

_____
Filer Attorney's Signature

9/3/2024
Date

CV-496 February 2023

# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
## UNITED STATES
## VS
## MASSEY, NAKISHA FAYE
### CCN#: 21126350
### Arrest Number: 512115217

The event occurred on 09/04/2021 at approximately 22:42 at 701 PENNSYLVANIA AVENUE NW, WASHINGTON, DC 20004.

On September 4, 2021, at approximately 2130 hours, MTPD Officer Glatzer (750) was on the platform of the L'Enfant Plaza Metro Station performing a routine area check of that station. At 2134 hours, MTPD Communications dispatched a priority call for service at the Archives Navy Memorial Station for an assault that had just occurred. While Officer Glatzer was heading from the platform to his vehicle he was flagged down by a family who reported witnessing an assault at the Archives Station moments ago. They informed Officer Glatzer that they witnessed a heavy set black female push another woman onto the track bed. They also stated that they felt the assailant was still at the station as she had been lingering there after pushing the victim onto the track bed.

Officer Glatzer arrived at scene on the Archives Station and was walking down the escalator when he observed a heavy set black female wearing a blue shirt and black shorts utilizing the up escalator to exit the station. MTPD Officer Coutros (824), who had arrived on scene before Officer Glatzer, ran up from the platform and told Officer Glatzer that the woman exiting the station was the suspect. Officer Glatzer communicated this information to the other officers on scene and began to follow the suspect. The suspect, after seeing Officer Glatzer board the escalator behind her, spontaneously stated, "The bitch was asking to get pushed on the tracks!" Once all parties had disembarked from the escalator, for safety reasons, the suspect, N. F. Massey (identified via Maryland ID), was detained without incident.

Officer Glatzer then went to the station platform and met with the victim, S. F. Gebrekirstos, who reported that she walking nearest the Greenbelt Station side of the platform. Ms. Geberkirstos walked past Ms. Massey on the platform but did not make contact with her nor did the two exchange any words. Ms. Massey turned around and walked back towards Ms. Geberkirstos, smacked her brown paper shopping bag, and pushed her with both hands. The force of Ms. Massey's push combined with Ms. Geberkirstos proximity to the edge of the platform caused her to fall down onto the track bed. The two witnesses, the same who would later flag down Officer Glatzer, helped Ms. Geberkirstos back on to the platform. Ms. Massey kept approaching Ms. Geberkirstos and giving her "the death stare."

A show up was conducted with Ms. Geberkirstos, who positively identified Ms. Massey, at 2215 hours, as the individual who had assaulted her. She was able to recognize Ms. Massey due to wearing the same blue Nike shirt, having the same outfit, and the same face. Ms. Massey was placed under arrest and transported to MPD First District for processing.

The event and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this 09/05/2021

**GLATZER, CHRISTOPHER (09/05/2021) E-SIGNATURE    GROTH, BRETT (09/05/2021) E-SIGNATURE**

Police Officer                                                     Unit Witness / Deputy Clerk

## GLATZER, CHRISTOPHER /                                          ## GROTH, BRETT

Printed Name of Member /                            Printed Name of Witness / Deputy Clerk/

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code 22-2405        Pg 2 of 2



**Luminis Health**

Cecil George
7500 GREENWAY CENTER DRIVE
SUITE 1200
GREENBELT MD 20770

**Luminis Health Imaging**
8116 GOOD LUCK ROAD, SUITE 101, LANHAM, MD 20706 ~ 301-459-7990
1100 MERCANTILE LANE, SUITE 150, LARGO, MD 20774 ~ 301-249-0022

Patient Name: Massey, Nakisha
MRN: 900588619
DOB: 3/25/1977

Page 1 of 2

Exam Date & Time:      Fri Mar 3, 2023  5:18 PM
Accession #:           008554464

CT BRAIN WITHOUT CONTRAST

HISTORY: Headache, status post trauma.

TECHNIQUE: Helical acquisition was performed with 5 mm collimation from the skull base to the vertex without the use of contrast.  Reconstructed sagittal and coronal images were also acquired. Images were acquired in bone and soft tissue windows.

COMPARISON: No prior brain CT.

FINDINGS: There are no intra- or extra-axial collections. The gray/white matter differentiation is preserved. There is no mass effect or midline shift. Ventricles and sulci are of normal size and configuration.

The calvarium is intact. There is an old fracture of the medial wall of the left orbit. The paranasal sinuses are clear.

IMPRESSION

1. No acute intracranial process.
2. Old fracture of the medial wall of the left orbit.

This CT examination was performed using one or more of the following dose reduction techniques: automated exposure control, adjustment of the mA and/or kV according to the patient's size, and use of iterative reconstruction technique.

Computerized Tomography, DEXA, Ultrasound, X-Ray, MRI, Mammography, PET

Luminis Health - RF1 3/6/2023 8:17:54 AM  PAGE  2/002  Fax Server

 **Luminis Health.**

Cecil George
7500 GREENWAY CENTER DRIVE
SUITE 1200
GREENBELT MD 20770

**Luminis Health Imaging**
8116 GOOD LUCK ROAD, SUITE 101, LANHAM, MD 20706 ~ 301-459-7990
1100 MERCANTILE LANE, SUITE 150, LARGO, MD 20774 ~ 301-249-0022

Patient Name: **Massey, Nakisha**
MRN: **900588619**
DOB: **3/25/1977**

Page 2 of 2

This exam was reviewed with Eric Yun, M.D.

Signed By: Benjamin Stallings, MD on 3/4/2023 10:09 PM

Computerized Tomography, DEXA, Ultrasound, X-
Ray, MRI, Mammography, PET

# AFTER VISIT SUMMARY


58043

**Nakisha Massey**  MRN: 900588619      📅 7/29/2023  📍 DCMC EMERGENCY DEPARTMENT 301-552-8665

## Instructions

Follow up with (your primary care doctor or the doctor listed below) in 2-3 days. Failure to follow up with your doctor could be detrimental to your health. Take all medications as prescribed. Return to the emergency department for any new, worsening, or unresolved symptoms. We reviewed all test results with you and have provided you with a copy of your results. Please take all results to your next appointment to have them reviewed by your doctor. If you do not have a physician to follow up with, please indicate this BEFORE you leave, as we will provide you with a referral. Patient is amenable to discharge home. The plan for discharge with outpatient follow up was discussed and shared decision was made. Discharge instructions and return precautions were provided to patient. All questions answered and patient/family verbalized understanding.

---



### Your medications have changed

◆ CHANGE how you take:
**acetaminophen** (TYLENOL)

**Review your updated medication list below.**

---



### Pick up these medications at GIANT PHARMACY #315 - Lanham, MD - 7546 Annapolis Road

acetaminophen

Address:      7546 Annapolis Road, Lanham MD 20784
Phone:       301-577-6128

---



### Follow up with Vicken Poochikian, MD in 2 days (around 7/31/2023)

Specialty: Internal Medicine
Contact: 5632 ANNAPOLIS ROAD
         SUITE 3
         Bladensburg MD 20710
         301-779-7607

---

## Today's Visit

You were seen by Sharugash  Kiruba, PA-C

**Reason for Visit**
Headache

**Diagnoses**
- Nonintractable headache, unspecified chronicity pattern, unspecified headache type
- Encounter for medical screening examination
- History of head injury
- Left before treatment completed

## Today's Visit (continued)

### ⚗ Lab Tests Completed
CBC and differential
Comprehensive metabolic panel

### ⊘ Medications Given
diphenhydrAMINE (BENADRYL) Last given at 4:56 PM
ketorolac (TORADOL) Last given at 5:52 PM
metoclopramide (REGLAN) Last given at 5:53 PM
sodium chloride 0.9 % bolus Last given at 5:52 PM

Blood Pressure
117/77

Temperature (Oral)
98 °F

Pulse
72

Respiration
16

Oxygen Saturation
97%

## What's Next
You currently have no upcoming appointments scheduled.

## Hospital Information
Luminis Health Doctors Community Medical Center | 8118 Good Luck Rd, Lanham, Md. 20706 | Phone: 301-552-8118

Please share your feedback:
At Doctors Community Medical Center, our goal is to improve the care and services we deliver to you, our valued patient. You might receive a survey (mail or email) from Press Ganey, our patient experience partner.  We invite you to please share your feedback so that Doctors Community Medical Center can continue improving the quality of services and recognize staff who deliver excellent care.  Thank you.

## You are allergic to the following
No active allergies

## Immunizations Administered on Date of Encounter - 7/29/2023
No immunizations on file.

## Lab and Imaging Results During Your Visit
**No orders to display**
Labs Reviewed
**CBC AND DIFFERENTIAL - Abnormal; Notable for the following components:**

| Result | Value |
| --- | --- |
| RBC | 3.84 (*) |

Lab and Imaging Results During Your Visit (continued)

All other components within normal limits
**COMPREHENSIVE METABOLIC PANEL - Normal**

# Changes to Your Medication List

## CHANGE how you take these medications



**CHANGE**

**\* acetaminophen** 500 MG tablet
Commonly known as: TYLENOL

Take 2 Tablets (1,000 mg total) by mouth every 6 Hours as needed for Pain
What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.**



**CHANGE**

**\* acetaminophen** 500 MG tablet
Commonly known as: TYLENOL

Take 2 Tablets (1,000 mg total) by mouth every 6 Hours as needed
What changed: **You were already taking a medication with the same name, and this prescription was added. Make sure you understand how and when to take each.**

---

**⊕ \* This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

## MyChart

View your After Visit Summary and more online at **https://mychart.aahs.org/MychartAccess/**.

 **Luminis** Health.

8118 Good Luck Road
Lanham, Md. 20706
443-481-1000 | luminishealth.org

## ED General Discharge Instructions

### GENERAL EMEGENCY DEPARTMENT DISCHARGE INSTRUCTIONS:

EXAM: The exam and treatment you received in the Emergency Department were for an urgent problem and are not intended as complete care.
Follow up care is usually required after a visit to the Emergency Department, and IT IS IMPORTANT THAT YOU FOLLOW UP WITH A DOCTOR, NURSE PRACTITIONER or PHYSICIAN ASSISSTANT FOR ONGOING CARE in 2-3 DAYS.
Failure to follow up with your doctor or practitioner could be detrimental to your health.  If you do not have a physician to follow up with, please indicate this BEFORE you leave, as we will provide you with a referral. It is YOUR RESPONSIBILITY TO CALL THE REFERRAL PHONE NUMBER(s) LISTED UNDER FOLLOW-UP on the After Visit Summary Information sheet of this printed discharge packet for a follow up appointment, and/or your primary care physician.

TEST RESULTS: Your test results have been reviewed with you and you have been provided a copy of these results.  It is important that you take all of your test results, imaging reports and discharge information to your next appointment to have them reviewed by your provider.  It is common to detect incidental findings that need further follow up outside of the emergency room.

YOUR DIAGNOSIS: Your diagnosis today is a provisional one based on information available to the Emergency Physician. The diagnosis may change as more information becomes available to your private physician. If you develop any new, worsening, or concerning symptoms of illness, or you do not improve as expected, and, you are unable to follow up with a private physician, please return here or to the nearest Emergency Department for further care.  We are available 24 hours a day.

MEDICATIONS: Please take all medications as prescribed.  Medicines given in the ED may cause drowsiness/impairment so please do not drive or operate heavy machinery for 6 hours after you were discharged from the ED.
 *** Prescription Narcotics and Anti-histamines: Your medications may cause you to become drowsy. Do not drive or operate heavy machinery while taking any of these medications.***

X-RAYS: If you had XRAYS today, they may have been read by your emergency physician.  If so, they will be read again later by a radiologist (a specialist in reading x-rays).  Other studies may be read by an off-site radiologist and will also be re-read.  If the radiologist sees anything of significance that the emergency room physician or off-site radiologist did not see, you will receive a call back informing you of the difference and letting you know if there is anything else that you need to do.

EKG: If you had an EKG today, the emergency physician provided an on-the-spot interpretation of your EKG. A specialist will do a final interpretation.
If a change in your diagnosis or treatment is needed, we will contact you.

CULTURES AND LAB TESTS: If you had cultures or other lab tests that have delayed results collected during your stay today in the Emergency Center, you will receive written notification in the mail if your test requires a change in treatment.

**WHAT TO DO:**
Follow the instructions on the additional sheets you were given:
Take all medication as directed.
Follow up with your physician in 2-3 days
Take this sheet, your discharge instructions, and all results with you when you go to your follow up visit. Have all of your current and new medications  reviewed by your doctor as well.
Please review your home medications, medications given in the Emergency Department, and prescriptions on the medication reconciliation record given with these discharge instructions.

***If side effects develop, such as a rash, difficulty breathing, or a severe stomach upset, STOP the medication and call your doctor or the Emergency Department at 301-552-8665.***

**It is critical that we have a current phone number and accurate address for you. Please be sure that the address you gave us is correct.**

*If you have any questions or concerns regarding your medical care please contact the Emergency Department at 301-552-8665.*

If you have a problem getting an appointment with the follow up physician we have referred you to, please contact our Transitional Care team at 301-552-8077, Monday - Friday from 8am to 4:30pm.

Stroke as an Emergency
Every minute counts

ACT F.A.S.T.
Face Facial droop or uneven Smile
Arm numbness or Arm weakness
Speech Slurred speech difficulty speaking or understanding
Time Call 911 and get to the hospital immediately
Have the ambulance go to the nearest certified Stroke Center
© 2009 Genentech USA, Inc. 8796501 LB2385

Stroke Risk Factors This information is from:
High blood pressure American Stroke Association (ASA)
High cholesterol www.strokeassociation.org
Heart disease 1-888-4-STROKE
Diabetes
Smoking National Stroke Association
Heavy alcohol use www.stroke.org
Physical inactivity and obesity 1-800-STROKES
Atrial fibrillation
Family history of stroke
© 2007 Genentech USA, Inc. 8796500 LB2385

HOW TO OBTAIN A COPY OF YOUR MEDICAL RECORD (M-F 8A-4P)?
When requesting copies of medical records and/or films, please allow 30 days for processing unless the record is REQUIRED sooner for treatment.

If after you leave, you need copies of your records and/or imaging studies, please contact DCH Health Information Services (Medical Records) at 301-552-8073.

A written DCH Authorization form will need to be completed by the patient.
Authorization forms are available at:



# Superior Court of the District of Columbia
## CIVIL DIVISION

**Check One:**

| | | |
|---|---|---|
| ☐ **Civil Actions Branch**<br>500 Indiana Ave., N.W.<br>Room 5000<br>Washington, D.C. 20001<br>Telephone: (202) 879-1133 | ☐ **Landlord & Tenant Branch**<br>510 4ᵗʰ Street, N.W.<br>Room 110<br>Washington, D.C. 20001<br>Telephone: (202) 879-4879 | ☐ **Small Claims & Conciliation Branch**<br>510 4ᵗʰ Street, N.W.<br>Room 119<br>Washington, D.C. 20001<br>Telephone: (202) 879-1120 |

_____
Plaintiff

v.

CASE NUMBER: 2024 5594

_____
Defendant

### ANSWER OF DEFENDANT

The defendant answers the claim(s) of plaintiff(s) as follows:

_____

_____

_____

_____

_____

### SIGNATURE AND ADDRESS OF PARTY/ATTORNEY

_____
Signature

_____
Printed Name and Bar Number (if applicable)

_____
Email Address and Phone Number

_____
Date

_____
Street Address

_____
City, State, Zip

### CERTIFICATE OF SERVICE

I hereby certify that on _____ (date), that a copy of this Answer was sent in the manner indicated to the party/parties in this case or their attorney(s) as listed below:

☐ E-served on or ☐ Mailed to (check one)

_____
Name

_____
Street Address

_____
City, State, Zip

_____
Email Address and Phone Number

_____
Name

_____
Street Address

_____
City, State, Zip

_____
Email Address and Phone Number

Form CV(6)-451/Jan. 2020

Super. Ct. Civ. R. 12; Super Ct. L&T R. 5 & Super. Ct. SC R. 5



**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**202-879-1133 | www.dccourts.gov**

**Case Number:** 2024-CAB-005594

**Case Style:** Nakisha Massey v. Washington Metropolitan Area Transit Authority et al.

### INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|:---:|:---:|:---:|
| Friday, 12/20/2024 | 9:30 AM | Remote Courtroom 131 |
| **Please see attached instructions for remote participation.** | | |
| Your case is assigned to Associate Judge Neal E Kravitz. | | |

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4) At the time stated above, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Anita M. Josey-Herring

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

Link: dccourts.webex.com/meet/ctb131

Meeting ID: 2336 589 2483

2) When you are ready, click "Join Meeting".

3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

2) Enter the Webex Meeting ID listed above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.

2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.

3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.

4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## ACCESSIBILITY AND LANGUAGE ACCESS

### Persons with Disabilities:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

### Interpreting and Translation Services:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

### Servicios de interpretación y traducción:

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

### የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፦

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘረውን የጽሕፈ ቢሮ (ክለርክ'ስ ኦፈስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.



## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

  Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.

- You can also find the list of legal services providers at www.dccourts.gov/services/represent-yourself by clicking on the link that says, "List of Legal Service Providers for Those Seeking an Attorney or Legal Advice".

- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.

- Witnesses: tell the judge if you want a witness to testify at your hearing.

- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing



- Join the hearing a few minutes early!

- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.

- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.

- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).

- Speak slowly and clearly so everyone hears what you are saying.

- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.

- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.

- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.

- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.

- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings (Click here for more information)



- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.

- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.

- Look at the camera when you speak and avoid moving around on the video.

- Wear what you would normally wear to court.

- Sit in a well-lit room with no bright lights behind you.

- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.





# District of Columbia Courts

# Tips for Using DC Courts Remote

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings.  The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

### The remote site locations are:



| | |
|---|---|
| **Remote Site - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, S<br>Washington, DC 20003 | **Remote Site - 4**<br>Balance and Restorative Justice Center<br>hode Island Avenue, NE<br>ngton, DC 20018 |
| **Remote Site - 2**<br>Balance and Restorative Jus<br>Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Remote Site - 5**<br>es Center<br>14th Street, NW, 2nd Floor<br>munity Room<br>ington, DC 20009 |
| **Remote Site - 3**<br>Balance and Restorative Jus<br>Center<br>118 Q Street, NE<br>Washington, DC 20002 | **Remote Site - 6**<br>es Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*** No walk-ins at this location*** |

If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station**.  If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements**.

**\*You should bring the following items when you come to your scheduled site location\***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

**\*Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call:  **202-879-1900**
Email:  DCCourtsRemoteSites@dcsc.gov



# Tribunales del Distrito de Columbia

## Consejos para usar los sitios de audiencia remota de los Tribunales de DC



Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de l**unes a viernes, de 8:30 am a 4:00 pm**.

### Los centros de acceso remoto son:

| | | |
|---|---|---|
| **Sitio Remoto - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, SW<br>Washington, DC 20003 |  | **Sitio Remoto - 4**<br>Balance and Restorative Justice Center<br>920 Rhode Island Avenue, NE<br>Washington, DC 20018 |
| **Sitio Remoto - 2**<br>Balance and Restorative Justice Center<br>1110 V Street, SE<br>Washington, DC 20020 | | **Sitio Remoto - 5**<br>Reeves Center<br>2000 14th Street, NW, 2nd Floor<br>Community Room<br>Washington, DC 20009 |
| **Sitio Remoto - 3**<br>Balance and Restorative Justice Center<br>118 Q Street, NE<br>Washington, DC 20002 | | **Sitio Remoto - 6**<br>Reeves Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*No se puede entrar sin cita previa* |

Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.** Si necesita adaptaciones especiales, como un intérprete para la audiencia, llame **al 202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.**

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.

2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.

3. Materiales para tomar nota, como papel y lápiz.

**\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.**

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov



**Superior Court of the District of Columbia**
CIVIL DIVISION – Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL DIVISION
SEP 03 2024
Superior Court of the
District of Columbia

Case **2024  5594**

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

**Nakisha Massey**
PLAINTIFF

vs

~~Patricia Lee~~ **Wmata**
DEFENDANT N.M.

**436 Ridge Road Apt.8**
Address (No Post Office Boxes)

**300 7th Street S.W.**
Address (No Post Office Boxes)

**Greenbelt, Maryland 20770**
City        State        Zip Code

**Washington, D.C. 20024**
City        State        Zip Code

**2405937527**
Telephone Number

**2029623780**
Telephone Number

**Nakisha.massey@yahoo.com**
Email Address (optional)

Email Address (optional)

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

On 9/4/2021 around 9:30 p.m. I was arrested at Archives metro station by Wmata transit police officer C. Glazter and officer Coutros and I was taken to 1st district police Station substation N.M. where I was shot three times in the back of my head with a gun it wasn't a real gun and I don't what kind of gun it was and ~~now I~~ because of it I have a fracture on my left orbital. And my cell phone was stolen.

2. What relief are you requesting from the Court? Include any request for money damages.

I want to sue them for personal Injury, compensatory, punitive, statutory, medical bills, pain and suffering, harassment, defamation, Emotional distress and property losses.

3.  State any other information, of which the Court should be aware:

I want to know if you can suppeona the video from 1st
district police station because I *wm* don't know who shot me
and they was shooting each other in there that day.
*substation NW*

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to
harass the Defendant(s). Superior Court Civil Rules 11(b).

_____
SIGNATURE

9/3/2024
_____
DATE

Subscribed and sworn to before me this _____3RD_____ day of Sept _____

Y. Hinob _____
(Notary Public/Deputy Clerk)

## **ADDENDUM TO COMPLAINT**

CASE NO 0 2 4    5 5 9 4

### **ADDITIONAL PARTY NAMES AND ADDRESSES**

Christopher Glaster
☐ PLAINTIF      ☑ DEFENDANT

500 E. Street SE.
Address (No Post Office Boxes)

Washington, DC. 20003
City          State          Zip

2405937527
Telephone Number

_____
Email Address (Optional)

Christopher Glaster
☐ PLAINTIFF      ☑ DEFENDANT

300 7th Street S.W.
Address (No Post Office Boxes)

Washington, D.C. 2004
City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)

☐ PLAINTIF      ☐ DEFENDANT

_____
Address (No Post Office Boxes)

_____
City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)

☐ PLAINTIFF      ☐ DEFENDANT

_____
Address (No Post Office Boxes)

_____
City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)

## **ADDENDUM TO COMPLAINT**

CASE NO._____

### **ADDITIONAL PARTY NAMES AND ADDRESSES**

| ☐ PLAINTIF | ☐ DEFENDANT | ☐ PLAINTIFF | ☐ DEFENDANT |

Address (No Post Office Boxes)

City       State       Zip

Telephone Number

Email Address (Optional)

Address (No Post Office Boxes)

City       State       Zip

Telephone Number

Email Address (Optional)

| ☐ PLAINTIF | ☐ DEFENDANT | ☐ PLAINTIFF | ☐ DEFENDANT |

Address (No Post Office Boxes)

City       State       Zip

Telephone Number

Email Address (Optional)

Address (No Post Office Boxes)

City       State       Zip

Telephone Number

Email Address (Optional)

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Valisha Massey

_____
Plaintiff

2024 5594

vs.

Patricia Lee Wmata
Nm.
Defendant

Case Number _____

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Valisha Massey
Name of Plaintiff's Attorney

436 Ridge Road Apt 8
Address

Greenbelt, Maryland 20770

2405937527
Telephone

_____
*Clerk of the Court*

By _____
Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction

번역을 원하시면, (202) 879-4828로 전화주십시요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____                  *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

                                              Por: _____
_____                              Subsecretario
Dirección

_____                  Fecha _____
Teléfono
如需翻译,请打电话 (202) 879-4828       Veuillez appeler au (202) 879-4828 pour une traduction       Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedirayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                              Super. Ct. Civ. R. 4



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Nakisha Massey
_____
Plaintiff

vs.

Christopher Glazter
_____
Defendant

Case Number **2 0 2 4   5 5 9 4**

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Nakisha Massey
_____
Name of Plaintiff's Attorney

436 Ridge Road Apt. 8
_____
Address

Greenbelt Maryland 20770

2405937527
_____
Telephone

如需翻译, 请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction

번역을 원하시면, (202) 879-4828로 전화주십시오         የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

Clerk of the Court

By _____

Date _____

(202) 879-4828

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                        Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

Por: _____

_____
Dirección                                        Subsecretario

_____

Fecha _____
Teléfono
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Dể có một bài dịch, hãy gọi (202) 879-4828
한국어로 통역을 원하시면 (202) 879-4828 로 전화해주시기 바랍니다        የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                        Super. Ct. Civ. R. 4



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Nakisha Massey

_____
Plaintiff

vs.

Christopher Glazter

_____
Defendant

Case Number  2024  5594

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Nakisha Massey
_____
Name of Plaintiff's Attorney

436 Ridge Road Apt. 8
_____
Address

Greenbelt Mayland 20770

2405937527
_____
Telephone

如需翻译, 请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction
번역을 원하시면, (202)879-4828로 전화주십시오    (202) 879-4828

Clerk of the Court

By _____

Date  9/13/___

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

INFORMATION SHEET

Nakisha Massey
Plaintiff(s)

vs

Wmata
Defendant(s)

Case Number: 2024 5594

Date: _____

☐ One of the defendants is being sued
in their official capacity

| | |
|---|---|
| Name (Please Print) Nakisha Massey | Relationship to Lawsuit |
| Firm Name: 2405937527 | ☐ Attorney for Plaintiff |
| Telephone No.: 2405937527   DC Bar No.: | ☐ Self (Pro Se) |
| | ☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury    ☐ 6 Person Jury    ☐ 12 Person Jury

Demand $ 100,000.00 _____    Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: _____ Judge: _____ Calendar #: _____

Case No.: _____ Judge: _____ Calendar #: _____

---

NATURE OF SUIT:    (Check One Box Only)

**CONTRACT**
- ☐ Breach of Contract
- ☐ Breach of Warranty
- ☐ Condo/Homeowner Assn. Fees
- ☐ Contract Enforcement
- ☐ Negotiable Instrument

**COLLECTION/INS. SUB**
- ☐ Debt Collection
- ☐ Insurance Subrogation
- ☐ Motion/Application for Judgment by Confession
- ☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
- ☐ Breach of Contract
- ☐ Discrimination
- ☐ Wage Claim
- ☐ Whistle Blower
- ☐ Wrongful Termination

**REAL PROPERTY**
- ☐ Condo Homeowner Assn. Foreclosure
- ☐ Declaratory Judgment
- ☐ Drug Related Nuisance Abatement
- ☐ Ejectment
- ☐ Eminent Domain
- ☐ Interpleader
- ☐ Other
- ☐ Quiet Title
- ☐ Specific Performance

- ☐ **FRIENDLY SUIT**
- ☐ **HOUSING CODE REGULATIONS**
- ☐ **QUI TAM**
- ☐ **STRUCTURED SETTLEMENTS**

**ADMINISTRATIVE PROCEEDINGS**
- ☐ Administrative Search Warrant
- ☐ App. for Entry of Jgt. Defaulted Compensation Benefits
- ☐ Enter Administrative Order as Judgment
- ☐ Libel of Information
- ☐ Master Meter
- ☐ Petition Other

- ☐ Release Mechanics Lien
- ☐ Request for Subpoena

**MALPRACTICE**
- ☐ Medical - Other
- ☐ Wrongful Death

**AGENCY APPEAL**
- ☐ Dangerous Animal Determination
- ☐ DCPS Residency Appeal
- ☐ Merit Personnel Act (OEA)
- ☐ Merit Personnel Act (OHR)
- ☐ Other Agency Appeal

☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT**

CV-496/February 2023

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- [ ] Currency
- [ ] Other
- [ ] Real Property
- [ ] Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- [ ] Birth Certificate Amendment
- [ ] Death Certificate Amendment
- [ ] Gender Amendment
- [ ] Name Change

**TORT**
- [ ] Abuse of Process
- [ ] Assault/Battery
- [ ] Conversion
- [ ] False Arrest/Malicious Prosecution
- [ ] Libel/Slander Defamation
- [x] Personal Injury
- [ ] Toxic Mass
- [ ] Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- [ ] Accounting
- [ ] Deceit (Misrepresentation)
- [ ] Fraud
- [ ] Invasion of Privacy
- [ ] Lead Paint
- [ ] Legal Malpractice
- [ ] Motion Application Regarding Arbitration Award
- [ ] Other - General Civil

- [ ] Product Liability
- [ ] Request for Liquidation
- [ ] Writ of Replevin
- [ ] Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- [ ] Asbestos

**MORTGAGE FORECLOSURE**
- [ ] Non-Residential
- [ ] Residential

**STATUTORY CLAIM**
- [ ] Anti - SLAPP
- [ ] Consumer Protection Act
- [ ] Exploitation of Vulnerable Adult
- [ ] Freedom of Information Act (FOIA)
- [ ] Other

**TAX SALE FORECLOSURE**
- [ ] Tax Sale Annual
- [ ] Tax Sale Bid Off

**VEHICLE**
- [ ] Personal Injury
- [ ] Property Damage

- [ ] **TRAFFIC ADJUDICATION APPEAL**
- [ ] **REQUEST FOR FOREIGN JUDGMENT**

_Filer Attorney's Signature_

9/3/2024
_Date_

# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
## UNITED STATES
## VS
## MASSEY, NAKISHA FAYE
## CCN#: 21126350
## Arrest Number: 512115217

The event occurred on 09/04/2021 at approximately 22:42 at 701 PENNSYLVANIA AVENUE NW, WASHINGTON, DC 20004.

On September 4, 2021, at approximately 2130 hours, MTPD Officer Glatzer (750) was on the platform of the L'Enfant Plaza Metro Station performing a routine area check of that station. At 2134 hours, MTPD Communications dispatched a priority call for service at the Archives Navy Memorial Station for an assault that had just occurred. While Officer Glatzer was heading from the platform to his vehicle he was flagged down by a family who reported witnessing an assault at the Archives Station moments ago. They informed Officer Glatzer that they witnessed a heavy set black female push another woman onto the track bed. They also stated that they felt the assailant was still at the station as she had been lingering there after pushing the victim onto the track bed.

Officer Glatzer arrived at scene on the Archives Station and was walking down the escalator when he observed a heavy set black female wearing a blue shirt and black shorts utilizing the up escalator to exit the station. MTPD Officer Coutros (824), who had arrived on scene before Officer Glatzer, ran up from the platform and told Officer Glatzer that the woman exiting the station was the suspect. Officer Glatzer communicated this information to the other officers on scene and began to follow the suspect. The suspect, after seeing Officer Glatzer board the escalator behind her, spontaneously stated, "The bitch was asking to get pushed on the tracks!" Once all parties had disembarked from the escalator, for safety reasons, the suspect, N. F. Massey (identified via Maryland ID), was detained without incident.

Officer Glatzer then went to the station platform and met with the victim, S. F. Gebrekirstos, who reported that she walking nearest the Greenbelt Station side of the platform. Ms. Geberkirstos walked past Ms. Massey on the platform but did not make contact with her nor did the two exchange any words. Ms. Massey turned around and walked back towards Ms. Geberkirstos, smacked her brown paper shopping bag, and pushed her with both hands. The force of Ms. Massey's push combined with Ms. Geberkirstos proximity to the edge of the platform caused her to fall down onto the track bed. The two witnesses, the same who would later flag down Officer Glatzer, helped Ms. Geberkirstos back on to the platform. Ms. Massey kept approaching Ms. Geberkirstos and giving her "the death stare."

A show up was conducted with Ms. Geberkirstos, who positively identified Ms. Massey, at 2215 hours, as the individual who had assaulted her. She was able to recognize Ms. Massey due to wearing the same blue Nike shirt, having the same outfit, and the same face. Ms. Massey was placed under arrest and transported to MPD First District for processing.

The event and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this 09/05/2021

**GLATZER, CHRISTOPHER (09/05/2021) E-SIGNATURE**     **GROTH, BRETT (09/05/2021) E-SIGNATURE**

Police Officer                                                    Unit Witness / Deputy Clerk

## GLATZER, CHRISTOPHER /                                        GROTH, BRETT

Printed Name of Member /                        Printed Name of Witness / Deputy Clerk/

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code 22-2405          Pg 2 of 2

Luminis Health - RF1 3/8/2023 8:17:54 AM  PAGE  1/002  Fax Server

 **Luminis Health**

Cecil George
7500 GREENWAY CENTER DRIVE
SUITE 1200
GREENBELT MD 20770

**Luminis Health Imaging**
8116 GOOD LUCK ROAD, SUITE 101, LANHAM, MD 20706 ~ 301-459-7990
1100 MERCANTILE LANE, SUITE 150, LARGO, MD 20774 ~ 301-249-0022

Patient Name: Massey, Nakisha
MRN: 900588619
DOB: 3/25/1977

Page 1 of 2

Exam Date & Time:     Fri Mar 3, 2023  5:18 PM
Accession #:          008554464

CT BRAIN WITHOUT CONTRAST

HISTORY: Headache, status post trauma.

TECHNIQUE: Helical acquisition was performed with 5 mm collimation from the skull base to the
vertex without the use of contrast.  Reconstructed sagittal and coronal images were also acquired.
Images were acquired in bone and soft tissue windows.

COMPARISON: No prior brain CT.

FINDINGS: There are no intra- or extra-axial collections. The gray/white matter differentiation is
preserved. There is no mass effect or midline shift. Ventricles and sulci are of normal size and
configuration.

The calvarium is intact. There is an old fracture of the medial wall of the left orbit. The paranasal
sinuses are clear.

IMPRESSION

1. No acute intracranial process.
2. Old fracture of the medial wall of the left orbit.

This CT examination was performed using one or more of the following dose reduction techniques:
automated exposure control, adjustment of the mA and/or kV according to the patient's size, and
use of iterative reconstruction technique.

Computerized Tomography, DEXA, Ultrasound, X-
Ray, MRI, Mammography, PET

Luminis Health - RF1 3/6/2023 8:17:54 AM  PAGE   2/002   Fax Server

 **Luminis Health.**

Cecil George
7500 GREENWAY CENTER DRIVE
SUITE 1200
GREENBELT MD 20770

**Luminis Health Imaging**
8116 GOOD LUCK ROAD, SUITE 101, LANHAM, MD 20706 ~ 301-459-7990
1100 MERCANTILE LANE, SUITE 150, LARGO, MD 20774 ~ 301-249-0022

Patient Name: **Massey, Nakisha**
MRN: **900588619**
DOB: **3/25/1977**

Page 2 of 2

This exam was reviewed with Eric Yun, M.D.

Signed By: Benjamin Stallings, MD on 3/4/2023 10:09 PM

Computerized Tomography, DEXA, Ultrasound, X-
Ray, MRI, Mammography, PET



# AFTER VISIT SUMMARY

**Nakisha Massey**  MRN: 900588619                📅 7/29/2023  📍 DCMC EMERGENCY DEPARTMENT 301-552-8665

58043

## Instructions

Follow up with (your primary care doctor or the doctor listed below) in 2-3 days. Failure to follow up with your doctor could be detrimental to your health. Take all medications as prescribed. Return to the emergency department for any new, worsening, or unresolved symptoms. We reviewed all test results with you and have provided you with a copy of your results. Please take all results to your next appointment to have them reviewed by your doctor. If you do not have a physician to follow up with, please indicate this BEFORE you leave, as we will provide you with a referral. Patient is amenable to discharge home. The plan for discharge with outpatient follow up was discussed and shared decision was made. Discharge instructions and return precautions were provided to patient. All questions answered and patient/family verbalized understanding.



### Your medications have changed

◆ CHANGE how you take:
**acetaminophen** (TYLENOL)

**Review your updated medication list below.**



### Pick up these medications at GIANT PHARMACY #315 - Lanham, MD - 7546 Annapolis Road

acetaminophen

Address:      7546 Annapolis Road, Lanham MD 20784
Phone:       301-577-6128



### Follow up with Vicken Poochikian, MD in 2 days (around 7/31/2023)

Specialty: Internal Medicine
Contact: 5632 ANNAPOLIS ROAD
         SUITE 3
         Bladensburg MD 20710
         301-779-7607

## Today's Visit

You were seen by Sharugash Kiruba, PA-C

**Reason for Visit**
Headache

**Diagnoses**
- Nonintractable headache, unspecified chronicity pattern, unspecified headache type
- Encounter for medical screening examination
- History of head injury
- Left before treatment completed

## Today's Visit (continued)

 **Lab Tests Completed**
CBC and differential
Comprehensive metabolic panel

 **Medications Given**
diphenhydrAMINE (BENADRYL) Last given at 4:56 PM
ketorolac (TORADOL) Last given at 5:52 PM
metoclopramide (REGLAN) Last given at 5:53 PM
sodium chloride 0.9 % bolus Last given at 5:52 PM

 Blood Pressure
117/77

Temperature (Oral)
98 °F

Pulse
72

 Respiration
16

Oxygen Saturation
97%

# What's Next
You currently have no upcoming appointments scheduled.

# Hospital Information
Luminis Health Doctors Community Medical Center | 8118 Good Luck Rd, Lanham, Md. 20706 | Phone: 301-552-8118

Please share your feedback:
At Doctors Community Medical Center, our goal is to improve the care and services we deliver to you, our valued patient. You might receive a survey (mail or email) from Press Ganey, our patient experience partner. We invite you to please share your feedback so that Doctors Community Medical Center can continue improving the quality of services and recognize staff who deliver excellent care. Thank you.

# You are allergic to the following
No active allergies

# Immunizations Administered on Date of Encounter - 7/29/2023
No immunizations on file.

# Lab and Imaging Results During Your Visit
**No orders to display**
Labs Reviewed
**CBC AND DIFFERENTIAL - Abnormal; Notable for the following components:**

| Result | Value |
|--------|-------|
| RBC | 3.84 (*) |

Lab and Imaging Results During Your Visit (continued)

All other components within normal limits
**COMPREHENSIVE METABOLIC PANEL - Normal**

# Changes to Your Medication List

## CHANGE how you take these medications



**\* acetaminophen** 500 MG tablet
Commonly known as: TYLENOL

Take 2 Tablets (1,000 mg total) by mouth every 6 Hours as needed for Pain
What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.**



**\* acetaminophen** 500 MG tablet
Commonly known as: TYLENOL

Take 2 Tablets (1,000 mg total) by mouth every 6 Hours as needed
What changed: **You were already taking a medication with the same name, and this prescription was added. Make sure you understand how and when to take each.**

⊕ **\* This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

## MyChart

View your After Visit Summary and more online at **https://mychart.aahs.org/MychartAccess/**.

 **Luminis** Health.

8118 Good Luck Road
Lanham, Md. 20706
443-481-1000 | luminishealth.org

## ED General Discharge Instructions

### GENERAL EMEGENCY DEPARTMENT DISCHARGE INSTRUCTIONS:

EXAM: The exam and treatment you received in the Emergency Department were for an urgent problem and are not intended as complete care.

Follow up care is usually required after a visit to the Emergency Department, and IT IS IMPORTANT THAT YOU FOLLOW UP WITH A DOCTOR, NURSE PRACTITIONER or PHYSICIAN ASSISSTANT FOR ONGOING CARE in 2-3 DAYS.

Failure to follow up with your doctor or practitioner could be detrimental to your health. If you do not have a physician to follow up with, please indicate this BEFORE you leave, as we will provide you with a referral. It is YOUR RESPONSIBILITY TO CALL THE REFERRAL PHONE NUMBER(s) LISTED UNDER FOLLOW-UP on the After Visit Summary Information sheet of this printed discharge packet for a follow up appointment, and/or your primary care physician.

TEST RESULTS: Your test results have been reviewed with you and you have been provided a copy of these results. It is important that you take all of your test results, imaging reports and discharge information to your next appointment to have them reviewed by your provider. It is common to detect incidental findings that need further follow up outside of the emergency room.

YOUR DIAGNOSIS: Your diagnosis today is a provisional one based on information available to the Emergency Physician. The diagnosis may change as more information becomes available to your private physician. If you develop any new, worsening, or concerning symptoms of illness, or you do not improve as expected, and, you are unable to follow up with a private physician, please return here or to the nearest Emergency Department for further care. We are available 24 hours a day.

MEDICATIONS: Please take all medications as prescribed. Medicines given in the ED may cause drowsiness/impairment so please do not drive or operate heavy machinery for 6 hours after you were discharged from the ED.

   *** Prescription Narcotics and Anti-histamines: Your medications may cause you to become drowsy. Do not drive or operate heavy machinery while taking any of these medications.***

X-RAYS: If you had XRAYS today, they may have been read by your emergency physician. If so, they will be read again later by a radiologist (a specialist in reading x-rays). Other studies may be read by an off-site radiologist and will also be re-read. If the radiologist sees anything of significance that the emergency room physician or off-site radiologist did not see, you will receive a call back informing you of the difference and letting you know if there is anything else that you need to do.

EKG: If you had an EKG today, the emergency physician provided an on-the-spot interpretation of your EKG. A specialist will do a final interpretation.

If a change in your diagnosis or treatment is needed, we will contact you.

CULTURES AND LAB TESTS: If you had cultures or other lab tests that have delayed results collected during your stay today in the Emergency Center, you will receive written notification in the mail if your test requires a change in treatment.

**WHAT TO DO:**
Follow the instructions on the additional sheets you were given:
Take all medication as directed.
Follow up with your physician in 2-3 days
Take this sheet, your discharge instructions, and all results with you when you go to your follow up visit. Have all of your current and new medications  reviewed by your doctor as well.
Please review your home medications, medications given in the Emergency Department, and prescriptions on the medication reconciliation record given with these discharge instructions.

***If side effects develop, such as a rash, difficulty breathing, or a severe stomach upset, STOP the medication and call your doctor or the Emergency Department at 301-552-8665.***

**It is critical that we have a current phone number and accurate address for you. Please be sure that the address you gave us is correct.**

*If you have any questions or concerns regarding your medical care please contact the Emergency Department at 301-552-8665.*

 If you have a problem getting an appointment with the follow up physician we have referred you to, please contact our Transitional Care team at 301-552-8077, Monday - Friday from 8am to 4:30pm.

Stroke as an Emergency
Every minute counts

ACT F.A.S.T.
Face Facial droop or uneven Smile
Arm numbness or Arm weakness
Speech Slurred speech difficulty speaking or understanding
Time Call 911 and get to the hospital immediately
Have the ambulance go to the nearest certified Stroke Center
© 2009 Genentech USA, Inc. 8796501 LB2385

Stroke Risk Factors This information is from:
High blood pressure American Stroke Association (ASA)
High cholesterol www.strokeassociation.org
Heart disease 1-888-4-STROKE
Diabetes
Smoking National Stroke Association
Heavy alcohol use www.stroke.org
Physical inactivity and obesity 1-800-STROKES
Atrial fibrillation
Family history of stroke
© 2007 Genentech USA, Inc. 8796500 LB2385

HOW TO OBTAIN A COPY OF YOUR MEDICAL RECORD (M-F 8A-4P)?
When requesting copies of medical records and/or films, please allow 30 days for processing unless the record is REQUIRED sooner for treatment.

If after you leave, you need copies of your records and/or imaging studies, please contact DCH Health Information Services (Medical Records) at 301-552-8073.

A written DCH Authorization form will need to be completed by the patient.
Authorization forms are available at:



# Superior Court of the District of Columbia
## CIVIL DIVISION

**Check One:**

| | | |
|---|---|---|
| ☐ **Civil Actions Branch**<br>**500 Indiana Ave., N.W.**<br>**Room 5000**<br>**Washington, D.C. 20001**<br>**Telephone: (202) 879-1133** | ☐ **Landlord & Tenant Branch**<br>**510 4ᵗʰ Street, N.W.**<br>**Room 110**<br>**Washington, D.C. 20001**<br>**Telephone: (202) 879-4879** | ☐ **Small Claims & Conciliation Branch**<br>**510 4ᵗʰ Street, N.W.**<br>**Room 119**<br>**Washington, D.C. 20001**<br>**Telephone: (202) 879-1120** |

2024  5594

_____
Plaintiff

v.                                                CASE NUMBER: _____

_____
Defendant

## ANSWER OF DEFENDANT

The defendant answers the claim(s) of plaintiff(s) as follows:

_____

_____

_____

_____

_____

## SIGNATURE AND ADDRESS OF PARTY/ATTORNEY

_____         _____
Signature                                 Date

_____         _____
Printed Name and Bar Number (if applicable)    Street Address

_____         _____
Email Address and Phone Number            City, State, Zip

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (date), that a copy of this Answer was sent in the manner indicated to the party/parties in this case or their attorney(s) as listed below:

☐ E-served on or ☐ Mailed to (check one)

_____         _____
Name                                      Name

_____         _____
Street Address                            Street Address

_____         _____
City, State, Zip                          City, State, Zip

_____         _____
Email Address and Phone Number            Email Address and Phone Number

Form CV(6)-451/Jan. 2020                  Super. Ct. Civ. R. 12; Super Ct. L&T R. 5 & Super. Ct. SC R. 5

9589 0710 5270 0784 7351 19



Retail

U.S. POSTAGE PAID
PM
LANHAM, MD 20706
SEP 06, 2024

20024    $18.20

RDC 03    S2324N507529-05

**FROM:**

Nakesha Massy
436 Ridge Road
Apt. 8
Greenbelt, Maryland
20770

RETURN RECEIPT

**TO:**

The Washington Metropolitan Area
Transit Authority
300 7th Street S.W.
Washington D.C.
20024

PRIORITY MAIL ★

TRACKED
★★★
INSURED
★

UNITED STATES POSTAL SERVICE®

For Domestic and International Use    Label 107R, May 2014

**Utility Mailer**
**10 1/2" x 16"**

Ready**Post.**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>x Karla A. Makris ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Karla A. Makris  9/10/24 |
| 1. Article Addressed to:<br><br>The Washington Metropolitan Area Transit Authority<br>300 7th Street S.W.<br>Washington, D.C.<br>20024<br>SEP 10 '24 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 8933 4064 7339 38 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>9589 0710 5270 0784 7351 19 | ☐ Restricted Delivery<br>(over $500) | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

USPS TRACKING #

9590 9402 8933 4064 7339 38

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Nakisha Massey
436 Ridge Road
Apt.8
Washington D.C.
20070