# UNITED STATES DISTRICT COURT

for the

__________ District of __________

__________ Division

Case No. 1:24-CV-2794(RBW)
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [✓] Yes [ ] No

Nakisha Massey
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Wmata
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Amendment

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nakisha Massey |
| Street Address | 436 Ridge Road Apt. 8 |
| City and County | ~~Washington~~ Greenbelt Prince Georges County |
| State and Zip Code | ~~DC~~ Maryland N.M. 20770 |
| Telephone Number | N.M. 2405937527 |
| E-mail Address | Nakishamassey@yahoo.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

RECEIVED
DEC 12 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Defendant No. 1

| | |
|---|---|
| Name | The Washington ~~Metropolitan~~ Metropolitan Area Transit Authority |
| Job or Title *(if known)* | |
| Street Address | 300 7th Street ~~N.W.~~ S.W. N.W. |
| City and County | Washington |
| State and Zip Code | DC 20024 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | E. Snead |
| Job or Title *(if known)* | ~~Pot~~ MPD Police Officer |
| Street Address | 500 E. Street S.E. |
| City and County | Washington |
| State and Zip Code | DC 20003 |
| Telephone Number | 2026980068 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Christopher Glazter |
| Job or Title *(if known)* | Wmata transit Police Officer |
| Street Address | 300 7th Street S.W. |
| City and County | Washington |
| State and Zip Code | DC 20024 |
| Telephone Number | 2026371328 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Coutros |
| Job or Title *(if known)* | Wmata Transit Police Officer |
| Street Address | 300 7th N.W. Street S.W. |
| City and County | Washington |
| State and Zip Code | DC 20024 |
| Telephone Number | 2026371328 |
| E-mail Address *(if known)* | |

→ Continued

Defendants continued.

Defendant No. 5

Name Metropolitan Police Department 1st District Police Substation
Job or Title
Street Address 500 E. Street S.E.
City and Country Washington
State and Zip Code DC 20003
Telephone Number 2026980068
Email Address

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

- [x] Federal question
- [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

~~Title VI of the Civil Right Act of 1964.~~ N.M.
18 U.S.C. § 241 Conspiracy against Rights.
18 U.S.C. § 242 Deprivation of Rights Under color of law.
18 U.S.C. § 249 Hate crime acts
18 U.S.C. § 201 Bribery of public officials and witnesses ~~to~~ N.M. → Continued

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* ________________, is a citizen of the State of *(name)* ________________.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* ________________, is incorporated under the laws of the State of *(name)* ________________, and has its principal place of business in the State of *(name)* ________________.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* ________________, is a citizen of the State of *(name)* ________________. Or is a citizen of *(foreign nation)* ________________.

Section II A. Continued.

42 U.S.C.§ 12101 et Seq. Americans With Disabilities Act of 1990.
42 U.S.C.§ 1985, 1986 and 1988.
D.C. Code § 9-1107-01 76(a) 80.
Violation of the 1st, 5th, 6th, 7th, 9th and 10th Amendments.
18 U.S.C. § 1117 Conspiracy to murder.
Wmata Compact 76(a, b, c, d, e, f, h).
~~General order p Use of Force~~
Art. 114. Endangerment N.M. offenses.

Nakishe Massey
Nakishe.massey@yahoo.com
2405937527
12/12/2024

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

I am asking for $5,125,000.00 because I have a lot of damages and claims and because it is a ongoing situation.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(1) Wmata transit Police Officer C. Blazter, officer Courtos and a MPD female police officer name unknown let Mrs. Gerberkits friend ~~an aquaintance~~ a lady I pushed on the train tracks an aquaintance of theirs blackmail ~~them to~~ N.M. shoot me at the 1st District police station and ~~to kill me~~ they tried to kill me after I left the 1st District police station on 4/14/2024.

→ continued

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A fractured left orbital past and future bills, A astimatism ~~past and future bills~~ in both of my eyes past and future bills, Lost wages. past and future, pain and suffering, past and future, Emotional distress. past and future, Schizophrenia. past and future, Depression past and future, and N.M. anxiety. past and future.

And the discrimination, Stalking and harassment is still continuing today because its spirits that's harassing people so we can't catch them.

→ Continued

Statement of Claim Continued.

(2) MPD Police Officer E. Snead was at the 1st District police station talking to a female spirit about my arrest that's been discriminating, stalking and harassing me for years and it's all on surveillance video at the 1st District Police Substation and She asked him why did the he shoot me and she told him that I have ~~spirits~~ Mind Spaceships in my head and I do have spaceships in my head they are in almost everybody head and little people flying around in there and they be stalking and harassing people but it's hard to prove but ~~I got it on~~ it's on video at the 1st District Police Station and they was in there shooting each other that day N.M. on 9/4/2021.

(3) The Washington Metropolitan Area Transit Authority Transit police officer Christopher Glazter, officer Colotros and ~~the~~ Metropolitan Police Department police officer N.M. discriminated against a ~~female~~ Jewish ~~female~~ ~~Jewish~~ me because of my disability because they ~~talk~~ I was talking to the spirit's and they caused my disability schizophrenia, depression and anxiety. and they conspired against me on 9/4/2021. to ~~shot me.~~ Kill me.

(4) And they was in there killing and shooting each other that day and I was scared and I couldn't wait to go home.

N.M.
Nalesha Massey
Naleshamassey@yahoo.com
2405937527
12/12/2024

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ~~12/2/2024~~ ~~12/11/2024~~ 12/12/2024 N.M.

Signature of Plaintiff [signature]

Printed Name of Plaintiff [handwritten name]

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

# CIVIL COVER SHEET

JS-44 (Rev. 11/2020 DC)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Nakisha Massey<br>436 Ridge Road<br>Apt 18<br>Greenbelt, Maryland 20770<br>(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ______<br>(EXCEPT IN U.S. PLAINTIFF CASES) | The Washington Metropolitan Area Transit Authority<br>300 7th Street<br>COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ______<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- (selected) 1 U.S. Government Plaintiff
- 3 Federal Question (U.S. Government Not a Party)
- 2 U.S. Government Defendant
- 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place an X in one category, A-N, that best represents your Cause of Action and one in a corresponding Nature of Suit)**

**A. *Antitrust***
- 410 Antitrust

**B. *Personal Injury/ Malpractice***
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Medical Malpractice
- 365 Product Liability
- 367 Health Care/Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Product Liability

**C. *Administrative Agency Review***
- 151 Medicare Act

Social Security
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

Other Statutes
- 891 Agricultural Acts
- 893 Environmental Matters
- 890 Other Statutory Actions (If Administrative Agency is Involved)

**D. *Temporary Restraining Order/Preliminary Injunction***

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**E. *General Civil (Other)*** OR **F. *Pro Se General Civil***

Real Property
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent, Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

Personal Property
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

Bankruptcy
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

Prisoner Petitions
- 535 Death Penalty
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Conditions
- 560 Civil Detainee – Conditions of Confinement

Property Rights
- 820 Copyrights
- 830 Patent
- 835 Patent – Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016 (DTSA)

Federal Tax Suits
- 870 Taxes (US plaintiff or defendant)
- 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

Other Statutes
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 430 Banks & Banking
- 450 Commerce/ICC Rates/etc
- 460 Deportation
- 462 Naturalization Application

- 465 Other Immigration Actions
- 470 Racketeer Influenced & Corrupt Organization
- 480 Consumer Credit
- 485 Telephone Consumer Protection Act (TCPA)
- 490 Cable/Satellite TV
- 850 Securities/Commodities/ Exchange
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes
- [✓] 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| | | | |
|---|---|---|---|
| ○ **G. *Habeas Corpus/ 2255***<br>☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus – Alien Detainee | ○ **H. *Employment Discrimination***<br>☐ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br>*(If pro se, select this deck)* | ○ **I. *FOIA/Privacy Act***<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br>*(If pro se, select this deck)* | ○ **J. *Student Loan***<br>☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |
| ○ **K. *Labor/ERISA (non-employment)***<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ○ **L. *Other Civil Rights (non-employment)***<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities – Employment<br>☐ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ○ **M. *Contract***<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ○ **N. *Three-Judge Court***<br>☐ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding ● 2 Removed from State Court ○ 3 Remanded from Appellate Court ○ 4 Reinstated or Reopened ○ 5 Transferred from another district (specify) ○ 6 Multi-district Litigation ○ 7 Appeal to District Judge from Mag. Judge ○ 8 Multi-district Litigation – Direct File

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
18 U.S.C. 241 Conspiracy against Right → ~~The Washington~~ N.M.

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 DEMAND $ 5,125,000.00 JURY DEMAND: Check YES only if demanded in complaint YES ☑ NO ☐

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☐ NO ☑ If yes, please complete related case form

DATE: ~~12/11/2024~~ 12/12/2024 N.M. N.M. N.M. SIGNATURE OF ATTORNEY OF RECORD ____________

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
**Authority for Civil Cover Sheet**

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of the case.

VI. CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NAKISHA MASSEY,
Plaintiff,

v.

WMATA ,
Defendant.

Civil Action No.: 24-cv-2794 (RBW)

**PLAINTIFF NAKISHA MASSEY EXHIBIT LIST**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | CT Report | | | | |
| 2 | CT images | | | | |
| 3 | Emergency room discharge papers | | | | |
| 4 | Eye exam prescription | | | | |
| 5 | Wmata police report | | | | |
| 6 | The Department of Justice Complaint emails | | | | |
| 7 | Wmata OIG Complaint email | | | | |
| 8 | Wmata injury claim form | | | | |
| 9 | MPD Complaint verification letter | | | | |
| 10 | MPD Bodyworn Camera freedom of Information email | | | | |
| 11 | Screenshots of MPD Body worn Camera videos | | | | |

Relief. Continued.
Compensatory damages.

1. A fractured left orbital. past and future bills. $ 70,000.00
2. A astimatism in both of my eyes. past and future bills. $ 40,000.00
3. Lost of wages. past and future Bills. $ 115,200.00
4. Pain and Suffering. past and future. $ 200,000.00
5. Emotional distress. past and future. $ 200,000.00
6. Schizophrenia. past and future. $ 300,000.00.
7. Depression. past and future. $ 200,000.00
8. Anxiety. past and future. $ 200,000.00
9. Civil Rights ~~Violation~~. Act of 1964. $ 200,000.00
10. Conspiracy. against rights. $ 300,000.00
11. Hate crime acts. $ 300,000.00
12. Deprivation of Rights Under Color of law. $ 300,000.00
13. Bribery of public officials and witnesses $ 300,000.00
14. Conspiracy to commit offense or to defraud United States. $ 300,000.00
15. Attempt to commit murder or manslaughter. $ 300,000.00

I am ask for this amount of money because it is a lot of damages. and its a ongoing situation.

And for the punitive damages I think that I should get $ 2,000,000.00 because it is a ongoing situation because its spirits involved and its hard to prove and because they know what they are doing.

[signature]
Nallsherm...@yahoo.com
2403937527
12/12/2024

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 12 | Screenshot picture of MPD Body Worn Camera | | | | |
| 13 | Screenshot picture of MPD Body Worn Camera | | | | |
| 14 | Screenshot picture of MPD Body Worn Camera | | | | |
| 15 | Screenshot picture of MPD Body Worn Camera | | | | |
| 16 | Screenshot picture of MPD Body Worn Camera | | | | |
| 17 | Screenshot picture of MPD Body Worn Camera | | | | |
| 18 | Screenshot picture of MPD Body Worn Camera | | | | |
| 19 | Screenshot picture of MPD Body Worn Camera | | | | |
| 20 | Screenshot picture of MPD Body Worn Camera | | | | |
| 21 | Screenshot picture of MPD Body Worn Camera | | | | |
| 22 | Screenshot picture of MPD Body Worn Camera | | | | |
| ~~23~~ N.M. | ~~Screenshot picture of MPD Body Worn Camera~~ N.M. | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Luminis Health

Cecil George
7500 GREENWAY CENTER DRIVE
SUITE 1200
GREENBELT MD 20770

Luminis Health Imaging
8116 GOOD LUCK ROAD, SUITE 101, LANHAM, MD 20706 ~ 301-459-7990
1100 MERCANTILE LANE, SUITE 150, LARGO, MD 20774 ~ 301-249-0022

Patient Name: **Massey, Nakisha**
MRN: **900588619**
DOB: **3/25/1977**

Page 2 of 2

This exam was reviewed with Eric Yun, M.D.

Signed By: Benjamin Stallings, MD on 3/4/2023 10:09 PM



EXHIBIT
1

Luminis Health

Cecil George
7500 GREENWAY CENTER DRIVE
SUITE 1200
GREENBELT MD 20770

**Luminis Health Imaging**
8116 GOOD LUCK ROAD, SUITE 101, LANHAM, MD 20706 ~ 301-459-7990
1100 MERCANTILE LANE, SUITE 150, LARGO, MD 20774 ~ 301-249-0022

Patient Name: **Massey, Nakisha**
MRN: **900588619**
DOB: **3/25/1977**



Exam Date & Time: Fri Mar 3, 2023 5:18 PM
Accession #: 008554464

CT BRAIN WITHOUT CONTRAST

HISTORY: Headache, status post trauma.

TECHNIQUE: Helical acquisition was performed with 5 mm collimation from the skull base to the vertex without the use of contrast. Reconstructed sagittal and coronal images were also acquired. Images were acquired in bone and soft tissue windows.

COMPARISON: No prior brain CT.

FINDINGS: There are no intra- or extra-axial collections. The gray/white matter differentiation is preserved. There is no mass effect or midline shift. Ventricles and sulci are of normal size and configuration.

The calvarium is intact. There is an old fracture of the medial wall of the left orbit. The paranasal sinuses are clear.

IMPRESSION

1. No acute intracranial process.
2. Old fracture of the medial wall of the left orbit.

This CT examination was performed using one or more of the following dose reduction techniques: automated exposure control, adjustment of the mA and/or kV according to the patient's size, and use of iterative reconstruction technique.


Massey, Nakisha
M000825603 45Y F 008554464
Generic CT Display Protocol
Generic Survey
A: 03-Mar-2023 17:05, CT, CT HEAD WO IV CONTRAST, 008554464
A:1
Head 5.0
A:2
Bone 5.0
A:3
A:4

EXHIBIT

2


Remaining: 14:26
Other Options
End Session
Study
Info
View Documents
Help
Annotate
W/L
Zoom
Pan
Flag
Preferences
A:2
Diagnostic Imaging
HFS
A:4

58043

# AFTER VISIT SUMMARY

**Nakisha Massey** MRN: 900588619 7/29/2023 DCMC EMERGENCY DEPARTMENT 301-552-8665

## Instructions

Follow up with (your primary care doctor or the doctor listed below) in 2-3 days. Failure to follow up with your doctor could be detrimental to your health. Take all medications as prescribed. Return to the emergency department for any new, worsening, or unresolved symptoms. We reviewed all test results with you and have provided you with a copy of your results. Please take all results to your next appointment to have them reviewed by your doctor. If you do not have a physician to follow up with, please indicate this BEFORE you leave, as we will provide you with a referral. Patient is amenable to discharge home. The plan for discharge with outpatient follow up was discussed and shared decision was made. Discharge instructions and return precautions were provided to patient. All questions answered and patient/family verbalized understanding.

### Your medications have changed

CHANGE how you take:
**acetaminophen** (TYLENOL)

**Review your updated medication list below.**

### Pick up these medications at GIANT PHARMACY #315 - Lanham, MD - 7546 Annapolis Road

acetaminophen

Address: 7546 Annapolis Road, Lanham MD 20784
Phone: 301-577-6128

### Follow up with Vicken Poochikian, MD in 2 days (around 7/31/2023)

Specialty: Internal Medicine
Contact: 5632 ANNAPOLIS ROAD
SUITE 3
Bladensburg MD 20710
301-779-7607

## Today's Visit

You were seen by Sharugash Kiruba, PA-C

**Reason for Visit**

Headache

**Diagnoses**

- Nonintractable headache, unspecified chronicity pattern, unspecified headache type
- Encounter for medical screening examination
- History of head injury
- Left before treatment completed

EXHIBIT 3

## Today's Visit (continued)

### Lab Tests Completed
CBC and differential
Comprehensive metabolic panel

### Medications Given
diphenhydrAMINE (BENADRYL) Last given at 4:56 PM
ketorolac (TORADOL) Last given at 5:52 PM
metoclopramide (REGLAN) Last given at 5:53 PM
sodium chloride 0.9 % bolus Last given at 5:52 PM

Blood Pressure
117/77

Temperature (Oral)
98 °F

Pulse
72

Respiration
16

Oxygen Saturation
97%

## What's Next
You currently have no upcoming appointments scheduled.

## Hospital Information
Luminis Health Doctors Community Medical Center | 8118 Good Luck Rd, Lanham, Md. 20706 | Phone: 301-552-8118

Please share your feedback:
At Doctors Community Medical Center, our goal is to improve the care and services we deliver to you, our valued patient. You might receive a survey (mail or email) from Press Ganey, our patient experience partner. We invite you to please share your feedback so that Doctors Community Medical Center can continue improving the quality of services and recognize staff who deliver excellent care. Thank you.

## You are allergic to the following
No active allergies

## Immunizations Administered on Date of Encounter - 7/29/2023
No immunizations on file.

## Lab and Imaging Results During Your Visit
**No orders to display**

Labs Reviewed

**CBC AND DIFFERENTIAL - Abnormal; Notable for the following components:**

| Result | Value |
|---|---|
| RBC | 3.84 (*) |

Lab and Imaging Results During Your Visit (continued)

All other components within normal limits

**COMPREHENSIVE METABOLIC PANEL - Normal**

# Changes to Your Medication List

## CHANGE how you take these medications

| | | |
|---|---|---|
| CHANGE | * **acetaminophen** 500 MG tablet<br>Commonly known as: TYLENOL | Take 2 Tablets (1,000 mg total) by mouth every 6 Hours as needed for Pain<br>What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.** |
| CHANGE | * **acetaminophen** 500 MG tablet<br>Commonly known as: TYLENOL | Take 2 Tablets (1,000 mg total) by mouth every 6 Hours as needed<br>What changed: **You were already taking a medication with the same name, and this prescription was added. Make sure you understand how and when to take each.** |

*** This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

## MyChart

View your After Visit Summary and more online at **https://mychart.aahs.org/MychartAccess/**.

Luminis Health

8118 Good Luck Road
Lanham, Md. 20706
443-481-1000 | luminishealth.org

# ED General Discharge Instructions

## GENERAL EMEGENCY DEPARTMENT DISCHARGE INSTRUCTIONS:

EXAM: The exam and treatment you received in the Emergency Department were for an urgent problem and are not intended as complete care.
Follow up care is usually required after a visit to the Emergency Department, and IT IS IMPORTANT THAT YOU FOLLOW UP WITH A DOCTOR, NURSE PRACTITIONER or PHYSICIAN ASSISSTANT FOR ONGOING CARE in 2-3 DAYS.
Failure to follow up with your doctor or practitioner could be detrimental to your health. If you do not have a physician to follow up with, please indicate this BEFORE you leave, as we will provide you with a referral. It is YOUR RESPONSIBILITY TO CALL THE REFERRAL PHONE NUMBER(s) LISTED UNDER FOLLOW-UP on the After Visit Summary Information sheet of this printed discharge packet for a follow up appointment, and/or your primary care physician.

TEST RESULTS: Your test results have been reviewed with you and you have been provided a copy of these results. It is important that you take all of your test results, imaging reports and discharge information to your next appointment to have them reviewed by your provider. It is common to detect incidental findings that need further follow up outside of the emergency room.

YOUR DIAGNOSIS: Your diagnosis today is a provisional one based on information available to the Emergency Physician. The diagnosis may change as more information becomes available to your private physician. If you develop any new, worsening, or concerning symptoms of illness, or you do not improve as expected, and, you are unable to follow up with a private physician, please return here or to the nearest Emergency Department for further care. We are available 24 hours a day.

MEDICATIONS: Please take all medications as prescribed. Medicines given in the ED may cause drowsiness/impairment so please do not drive or operate heavy machinery for 6 hours after you were discharged from the ED.
*** Prescription Narcotics and Anti-histamines: Your medications may cause you to become drowsy. Do not drive or operate heavy machinery while taking any of these medications.***

X-RAYS: If you had XRAYS today, they may have been read by your emergency physician. If so, they will be read again later by a radiologist (a specialist in reading x-rays). Other studies may be read by an off-site radiologist and will also be re-read. If the radiologist sees anything of significance that the emergency room physician or off-site radiologist did not see, you will receive a call back informing you of the difference and letting you know if there is anything else that you need to do.

EKG: If you had an EKG today, the emergency physician provided an on-the-spot interpretation of your EKG. A specialist will do a final interpretation.
If a change in your diagnosis or treatment is needed, we will contact you.

CULTURES AND LAB TESTS: If you had cultures or other lab tests that have delayed results collected during your stay today in the Emergency Center, you will receive written notification in the mail if your test requires a change in treatment.

**WHAT TO DO:**
Follow the instructions on the additional sheets you were given:
Take all medication as directed.
Follow up with your physician in 2-3 days
Take this sheet, your discharge instructions, and all results with you when you go to your follow up visit. Have all of your current and new medications reviewed by your doctor as well.
Please review your home medications, medications given in the Emergency Department, and prescriptions on the medication reconciliation record given with these discharge instructions.

***If side effects develop, such as a rash, difficulty breathing, or a severe stomach upset, STOP the medication and call your doctor or the Emergency Department at 301-552-8665.***

**It is critical that we have a current phone number and accurate address for you. Please be sure that the address you gave us is correct.**

***If you have any questions or concerns regarding your medical care please contact the Emergency Department at 301-552-8665.***

If you have a problem getting an appointment with the follow up physician we have referred you to, please contact our Transitional Care team at 301-552-8077, Monday - Friday from 8am to 4:30pm.

Stroke as an Emergency
Every minute counts

ACT F.A.S.T.
Face Facial droop or uneven Smile
Arm numbness or Arm weakness
Speech Slurred speech difficulty speaking or understanding
Time Call 911 and get to the hospital immediately
Have the ambulance go to the nearest certified Stroke Center
© 2009 Genentech USA, Inc. 8796501 LB2385

Stroke Risk Factors This information is from:
High blood pressure American Stroke Association (ASA)
High cholesterol www.strokeassociation.org
Heart disease 1-888-4-STROKE
Diabetes
Smoking National Stroke Association
Heavy alcohol use www.stroke.org
Physical inactivity and obesity 1-800-STROKES
Atrial fibrillation
Family history of stroke
© 2007 Genentech USA, Inc. 8796500 LB2385

HOW TO OBTAIN A COPY OF YOUR MEDICAL RECORD (M-F 8A-4P)?
When requesting copies of medical records and/or films, please allow 30 days for processing unless the record is REQUIRED sooner for treatment.

If after you leave, you need copies of your records and/or imaging studies, please contact DCH Health Information Services (Medical Records) at 301-552-8073.

A written DCH Authorization form will need to be completed by the patient.
Authorization forms are available at:

Maryland Eye Care Center

☐ [illegible] M.D. ☐ [illegible] M.D.
☐ Rossana Z. Luna, O.D. ☐ Priyanka Patel, O.D.
☐ Nathaniel Mckay, O.D. ☐ Raha [illegible] O.D.

831 University Bl[vd] [illegible]
Silver Spring, MD 20[illegible]
Tel: 301-431-9431 • Fax 301-431-04[illegible]

Name: Natasha Mayes DOB: 3/25/1972

Address: Date: 7/28/2023

Rx

Spec Rx

OD -0.50 -1.75 X 087

OS -0.50 -1.25 X 093

ADD +1.75

Exp: 7/28/2024

[signature]

DO NOT REPEAT ☐ NO SUBSTITUTION ☐ PLEASE LABEL ☐

Repeat 1 2 3 4 5 NR

SAFETY FEATURES: COLORED VOID BACKGROUND • MICROPRINT LINES • [illegible] PROTECTION
REVERSE RX • THERMOCHROMIC INK • [illegible] ARTIFICIAL WATERMARK • [illegible] REACTIVE INK

VERIFICATION: [illegible]

SCRIPT 2321

EXHIBIT
4

**SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CRIMINAL DIVISION**
**UNITED STATES**
**VS**
**MASSEY, NAKISHA FAYE**
**CCN#: 21126350**
**Arrest Number: 512115217**

EXHIBIT 5

The event occurred on 09/04/2021 at approximately 22:42 at 701 PENNSYLVANIA AVENUE NW, WASHINGTON, DC 20004.

**On September 4, 2021, at approximately 2130 hours, MTPD Officer Glatzer (750) was on the platform of the L'Enfant Plaza Metro Station performing a routine area check of that station. At 2134 hours, MTPD Communications dispatched a priority call for service at the Archives Navy Memorial Station for an assault that had just occurred. While Officer Glatzer was heading from the platform to his vehicle he was flagged down by a family who reported witnessing an assault at the Archives Station moments ago. They informed Officer Glatzer that they witnessed a heavy set black female push another woman onto the track bed. They also stated that they felt the assailant was still at the station as she had been lingering there after pushing the victim onto the track bed.**

**Officer Glatzer arrived at scene on the Archives Station and was walking down the escalator when he observed a heavy set black female wearing a blue shirt and black shorts utilizing the up escalator to exit the station. MTPD Officer Coutros (824), who had arrived on scene before Officer Glatzer, ran up from the platform and told Officer Glatzer that the woman exiting the station was the suspect. Officer Glatzer communicated this information to the other officers on scene and began to follow the suspect. The suspect, after seeing Officer Glatzer board the escalator behind her, spontaneously stated, "The bitch was asking to get pushed on the tracks!" Once all parties had disembarked from the escalator, for safety reasons, the suspect, N. F. Massey (identified via Maryland ID), was detained without incident.**

**Officer Glatzer then went to the station platform and met with the victim, S. F. Gebrekirstos, who reported that she walking nearest the Greenbelt Station side of the platform. Ms. Geberkirstos walked past Ms. Massey on the platform but did not make contact with her nor did the two exchange any words. Ms. Massey turned around and walked back towards Ms. Geberkirstos, smacked her brown paper shopping bag, and pushed her with both hands. The force of Ms. Massey's push combined with Ms. Geberkirstos proximity to the edge of the platform caused her to fall down onto the track bed. The two witnesses, the same who would later flag down Officer Glatzer, helped Ms. Geberkirstos back on to the platform. Ms. Massey kept approaching Ms. Geberkirstos and giving her "the death stare."**

**A show up was conducted with Ms. Geberkirstos, who positively identified Ms. Massey, at 2215 hours, as the individual who had assaulted her. She was able to recognize Ms. Massey due to wearing the same blue Nike shirt, having the same outfit, and the same face. Ms. Massey was placed under arrest and transported to MPD First District for processing.**

The event and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this 09/05/2021

**GLATZER, CHRISTOPHER (09/05/2021) E-SIGNATURE** **GROTH, BRETT (09/05/2021) E-SIGNATURE**

Police Officer | Unit Witness / Deputy Clerk

**GLATZER, CHRISTOPHER /** | **GROTH, BRETT**

Printed Name of Member / | Printed Name of Witness / Deputy Clerk/

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code 22-2405

Thank you for submitting a report to the Civil Rights Division

From: DOJ Civil Rights - Do Not Reply (civilrightsdonotreply@mail.civilrights.usdoj.gov)
To: nakisha.massey@yahoo.com
Date: Monday, July 17, 2023 at 10:07 AM EDT

U.S. Department of Justice
Civil Rights Division | civilrights.justice.gov

*Please do not reply to this email. This is an unmonitored account.*

Thank you for submitting a report to the Civil Rights Division. Please save your record number for tracking. Your record number is: **319457-BTZ**.

If you reported an incident where you or someone else has experienced or is still experiencing physical harm or violence, or are in immediate danger, please call 911 and contact the police.

## What to Expect

### 1. We review your report

Our specialists in the Civil Rights Division carefully read every report to identify civil rights violations, spot trends, and determine if we have authority to help with your report.

### 2. Our specialists determine the next steps

We may decide to:

- Open an investigation or take some other action within the legal authority of the Justice Department.
- Collect more information before we can look into your report.

EXHIBIT 6

Thank you for submitting a report to the Civil Rights Division

From: DOJ Civil Rights - Do Not Reply (civilrightsdonotreply@mail.civilrights.usdoj.gov)

To: Nakisha.massey@yahoo.com

Date: Wednesday, September 11, 2024 at 03:48 PM EDT

U.S. Department of Justice
Civil Rights Division | civilrights.justice.gov

*Please do not reply to this email. This is an unmonitored account.*

Thank you for submitting a report to the Civil Rights Division. Please save your record number for tracking. Your record number is: **505496-STW**.

If you reported an incident where you or someone else has experienced or is still experiencing physical harm or violence, or are in immediate danger, please call 911 and contact the police.

## What to Expect

### 1. We review your report

Our specialists in the Civil Rights Division carefully read every report to identify civil rights violations, spot trends, and determine if we have authority to help with your report.

### 2. Our specialists determine the next steps

We may decide to:

- Open an investigation or take some other action within the legal authority of the Justice Department.
- Collect more information before we can look into your report.

Response: Your Civil Rights Division Report - 284848-XST from the Disability Rights Section

From: DOJ Civil Rights - Do Not Reply (civilrightsdonotreply@mail.civilrights.usdoj.gov)
To: Nakisha.massey@yahoo.com
Date: Monday, May 15, 2023 at 02:50 PM EDT

U.S. Department of Justice
Civil Rights Division | civilrights.justice.gov

Dear Nakisha Massey,

You contacted the Department of Justice on April 22, 2023. After careful review of what you submitted, we have decided not to take any further action on your complaint.

## What we did:

Team members from the Civil Rights Division reviewed the information you submitted. Based on our review, we have decided not to take any further action on your complaint. We receive several thousand reports of civil rights violations each year. We unfortunately do not have the resources to take direct action for every report.

Your report number was 284848-XST.

## What you can do:

We are not determining that your report lacks merit. Your issue may still be actionable by others - your state bar association or local legal aid office may be able to help.

## To find a local office:

# Response: Your Civil Rights Division Report - 319457-BTZ from the Criminal Section

From: DOJ Civil Rights - Do Not Reply (civilrightsdonotreply@mail.civilrights.usdoj.gov)

To: nakisha.massey@yahoo.com

Date: Tuesday, August 8, 2023 at 03:49 PM EDT

Dear Nakisha Massey,

You contacted the Civil Rights Division on July 17, 2023. Your report number is 319457-BTZ.

The Criminal Section of the Civil Rights Division is responsible for enforcing federal criminal civil rights statutes. Much of our enforcement activity relates to the investigation and prosecution of deprivations of civil rights under color of law. These matters generally involve allegations of excessive physical force or sexual abuse by law enforcement officers.

The information that you furnished is insufficient to permit us to determine the existence of a possible violation of federal criminal civil rights statutes. Therefore, we are unable to authorize an investigation of your complaint at this time. However, we will consider the allegation further if you provide specific information concerning the circumstances involved in your complaint. You should include the name of the person injured; a narrative involving the allegations leading up to and including the incident; the name of any possible witness; the date of the incident and any other information you deem relevant to this incident. Please resubmit this information to our online complaint portal https://civilrights.justice.gov/ and reference your complaint number, listed in the subject line of this email.

You can be assured that if the evidence shows there was a prosecutable violation of a federal criminal civil rights statute, appropriate action will be taken.

Thank you,
/s/
The Criminal Section

September 3, 2024

Nakisha Massey
Nakisha.massey@yahoo.com

Dear Sir or Madam,

The Washington Metropolitan Area Transit Authority, Office of Inspector General (WMATA-OIG) has received your message. We are currently assessing the matter and will address your concern appropriately. During our assessment, we may refer this matter to the applicable program office within WMATA or an external agency.

Thank you for bringing this matter to our attention.

Sincerely,

WMATA-OIG Hotline Administrator

**Washington Metropolitan Area Transit Authority**

**Office of Inspector General**

500 L'Enfant Plaza SW
Suite 800
Washington, DC 20024

EXHIBIT
7

# CLAIM FOR DAMAGE, INJURY, OR DEATH

INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED OMB NO. 1105-0008

1. Submit to Appropriate Federal Agency:
The Washington Metropolitan Area Transit Authority Transit Police
Micheal Anzallo
Chief
5315 1st Pl. N.E. Washington, DC 20011

2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.
Nakisha Massey
436 Ridge Road Apt 8
Greenbelt, Maryland
20770

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☑ CIVILIAN | 03/25/1977 | Single | 9/4/2021 | 9:30 p.m. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)
I am suing WMata Transit Police for $10,000,000.00 for discrimination and for violating my civil rights because on 9/4/2021 I was arrested at the Archives Metro Station and taken to the 1st District Police Station and when I got there I was shot 3 times in the back of my head with a gun and I don't know what kind of gun it was than I was put in jail cell and then they let me go in the morning. See attached documentation.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).
Nakisha Massey.

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).
My cell phone was stolen out of my bag and I don't remember what kind of phone it was.

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.
I have a fracture on my left orbital, watery eyes and I be having headaches.

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| MTPD Officer Glatzer (750)<br>MTPD Officer Coutros (824)<br>MPD Officers Unknown | 5315 1st Pl. NE. WMATA Transit Police Washington, DC 20011<br>MPD 1st District Police Station 500 E. Street SE Washington, DC 20003 |

12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $150.00 | $10,000,000.00 | None. | $10,000,150.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN *FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.*

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| N. M. [signature] | 2405937527 | 8/30/2023 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

NSN 7540-00-634-4046

EXHIBIT
8

STANDARD FORM 95 (REV. 2/2…)
PRESCRIBED BY DEPT. OF JUSTICE

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☑ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☑ No

17. If deductible, state amount.

None.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

None.

19. Do you carry public liability and property damage insurance? ☐ Yes If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☑ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

***(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.
B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

Exhibit 8

I am filing a claim against the WMata Transit police for discriminating against me because of my race because I am African American mixed with Native American Indian and because I am a female. ~~and for sexual harassment.~~ N.M.

And I am filing a claim against them for stalking and harassing me and I have a disability because of it.

Thank you

Nakisha Massey
Nakisha Massey
Nakishamassey@yahoo.com
2405937527
8/30/2023

EXHIBIT
8

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**METROPOLITAN POLICE DEPARTMENT**

May 18, 2023

Ms. Nakisha Massey
436 Ridge Road Apt. 8
Greenbelt, Maryland 20770

Dear: Ms. Massey:

This letter is to inform you of the results of the investigation (IS# 23001598) pertaining to your complaint that you filed on April 24, 2023, against unknown Officers for unnecessary force. Your complaint was investigated by Lieutenant Yusuf Edwards.

After a thorough investigation into the matter, there was no evidence to support your allegation of Misconduct. Therefore, your complaint has been classified as UNFOUNDED.

Should you disagree with the findings of this investigation, you may exercise your right to appeal in the following manner.

Appeals should be mailed to:

Chief of Police
441 4th Street, N.W. 7th Floor
Washington, D.C. 20001

Both envelope and the letter should be clearly marked "Citizen's Complaint Appeal". Should you have any questions, feel free to contact me at 202-698-0555

Sincerely,

Tasha Bryant

Tasha Bryant
Commander
First District



EXHIBIT
9

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**METROPOLITAN POLICE DEPARTMENT**

August 22, 2024

*Sent Via Email:* Nakisha.massey@yahoo.com

Ms. Nakisha Massey
436 Ridge Road
Apt. 8
Greenbelt, MD 20770

**Re: FOIA Request No.: B000161-081124**

Dear Ms. Massey,

This letter is in response to the above referenced Body Worn Camera Freedom of Information Act (BWC) (FOIA) request for the following:

- *"9/04/2021*
- *8:00 P.M.*
- *701 Pennsylvania Avenue NW, Washington DC 20004*
- *21126350*
- *Nakisha Massey*
- *I want to see the video camera".*

Some redactions have been made to visual images and portions of the audio to protect personal privacy interests. The release of such would constitute as a clearly unwarranted invasion of personal privacy and is therefore exempt pursuant to D.C. Official Code § 2-534(a)(2), (a)(2A), and (a)(3)(C).

We have provided access to the video footage via an Evidence.com link that will be sent to you by separate email. **The video will be available for viewing and download through the link for a period of one week from the date of this email.**

Please know that, under D.C. Official Code § 2-537 and 1 DCMR § 412, you have the right to appeal this letter to the Mayor or to the Superior Court of the District of Columbia. If you elect to appeal to the Mayor, your appeal must be in writing and contain "Freedom of Information Act Appeal" or "FOIA Appeal" in the subject line of the letter, as well as, on the outside of the envelope.

The appeal must include (1) a copy of the original request; (2) a copy of any written denial; (3) a statement of the circumstances, reasons, and/or arguments advanced in support of disclosure; and (4) a daytime telephone number, an e-mail and/or U.S. mailing address at which you can be reached.

EXHIBIT
10

3:48 PM

All Download evidence.com_evidence_package_1 reated_2024-10-23T20_16_38Z

Wed, Oct 23

(Clip_1.1)_20210804-ASSIST-_1...
92.21 MB, Oct 23

(Clip_3.1)_2021-09-04_MTPD_...
72.37 MB, Oct 23

(Clip_1.1)_20210905_-_CELLBL...
68.29 MB, Oct 23

(Clip_1.1)_2021-09-05_MASSEY...
47.20 MB, Oct 23

(Clip_1.1)_2021-09-04_MTPD_A...
43.74 MB, Oct 23

(Clip_2.1)_2021-09-04_MTPD_...
10.73 MB, Oct 23

(Clip_2.1)_2021-09-05_MASSE...
5.31 MB, Oct 23

(Clip_1.1)_20210804-ASSIST-_1...
92.21 MB, Oct 23

EXHIBIT
61

This is a pictures of when I first got out of the Wmata transit police truck. and I was dizzy, disoriented. and confused.

EXHIBIT

12

This is a picture of Wmata transit police officer christopher Glazer or Officer Coutros. on 9/14/2021.

EXHIBIT

13

This is a picture of the Wmata transit police truck on 9/14/2021.

EXHIBIT
14

This a picture of Wmata transit police officer Christopher Glazer or officer Coutros looking in the police truck after I went in the jail. on 9/4/2021.
N.M.

EXHIBIT
15

This is a picture of the room that officer E. Snead was in when he was talking to the female spirit I don't Know her name but he do. on ~~9/14/2021.~~ It's the open door on the right side of the picture. It's the Nim. door with the papers on it. On 9/14/2021.

EXHIBIT

16

This is a picture of the gated holding cell where they had me at before they put me in my jail cell. ~~on 9/14/2021.~~ Nm and a picture of Wmata transit police officer Christopher Blazter or officer Castros. on 9/14/2021.
Nm. Nm.

EXHIBIT
17

This is a picture of me scared to go into the jail cell on 9/4/2021.

EXHIBIT

18

This is another picture of me being dizzy, confused and disorientated when they was putting me in my jail cell. On 9/14/2021.

EXHIBIT 20

This is a picture of the closing the door to my jail cell on 9/4/2021.

EXHIBIT
21

This is a picture of me leaving the 1st District police Substation on 9/4/2021.

EXHIBIT
22

VI. Cause of Action Continued.
Metropolitan Area Transit Authority police officer
C. Glazter, officer Coutros an ~~DC~~ a Metropolitan
Police Department police officer a N.M. jewish female
I don't know her name but officer C. Glazter and
Officer Coutros know her name let a male friend
of Mrs. Gerburkristos bribe them into shooting
me at the 1st District Police Station on 9/4/2021.
Sub

Nakisha Massey
Nakisha.massey@yahoo.com
2405937522
12/12/2024