**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| NAKISHA MASSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-2794 (RBW) |
| | ) | |
| WASHINGTON METROPOLITAN | ) | |
| AREA TRANSIT AUTHORITY, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the initial scheduling conference held on January 14, 2025, it is hereby

**ORDERED** that, on or before February 25, 2025, the plaintiff shall perfect service of process on the above-named defendants as identified in her Complaint, bearing in mind that the plaintiff has the burden of providing proof of proper service to the Court. See Fed. R. Civ. P. 4(l)(1) ("Unless service is waived, proof of service must be made to the court[, and e]xcept for service by a United States marshal or deputy marshal, proof must be by the server's affidavit."). It is further

**ORDERED** that the plaintiff's claims against the Metropolitan Police Department 1st District Police Station are **DISMISSED**. Specifically, the Court concludes that it must sua sponte dismiss the plaintiff's claims as to this defendant "because the MPD is a sub-agency of the District [of Columbia] government, [and therefore] it cannot be sued in its own name." Harris v. Bowser, 404 F. Supp. 3d 190, 196 (D.D.C. 2019). It is further

**ORDERED** that, on February 26, 2025, at 11:30 a.m., the parties shall appear before the Court for a status conference. The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED** this 14th day of January, 2025.

REGGIE B. WALTON
United States District Judge